```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE F05-0022--CV (RRB)
            "RALPH WAYNE HUYCK V ALLSTATE INSURANCE CO"

          Including terminated parties, excluding terminated counsel


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 09/13/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (110) Insurance

           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $250.00 on 09/13/05 receipt # 00126580
         Trial by: Jury


Parties of Record:                            Counsel of Record:

PLF 1.1          HUYCK, RALPH WAYNE             Mark E. Merdes
                                                Merdes & Merdes PC
                                                455 3rd Avenue, Suite 225
                                                Fairbanks, AK 99701
                                                907-452-5400

DEF 1.1          ALLSTATE INSURANCE CO          Rebecca J. Hozubin
                                                Wilkerson Hozubin & Burke
                                                310 K Street
                                                Suite 405
                                                Anchorage, AK 99501
                                                907-276-5297
                                                FAX 907-276-5291
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE F05-0022--CV (RRB)
                           "RALPH WAYNE HUYCK V ALLSTATE INSURANCE CO"

                                      For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 09/13/05
            Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (110) Insurance

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $250.00 on 09/13/05 receipt # 00126580
          Trial by: Jury


 Document #   Filed      Docket text

     1 -  1   09/13/05   DEF 1 Notice of Removal from State of Alaska at Fairbanks 4FA-05-1992CI.

     2 -  1   09/13/05   DEF 1 Notice of filing State Court Documents w/att exhs.

     2 -  2   09/13/05   DEF 1 Jury Demand.

     2 -  3   09/13/05   PLF 1 Jury Demand.

     3 -  1   09/14/05   RRB Minute Order to Petitioner Subsequent to Removal. Petitioner to file
                         w/crt w/i 10 days cy of state crt docs & svc list.

     4 -  1   09/20/05   DEF 1 Service List.

     5 -  1   10/12/05   PLF 1 motion to remand case to state distict court with memo attached.

     6 -  1   10/21/05   DEF 1 opposition to PLF 1 motion to remand case to state distict court
                         (5-1).

     7 -  1   10/27/05   PLF 1 Unopposed motion for ext of time (until 11/1/05) to reply to opp
                         to motion to remand case.

     7 -  2   10/28/05   Order granting Unopposed motion for ext of time (until 11/1/05) to reply
                         to opp to motion to remand (7-1).  cc: cnsl; Judge Beistline

     8 -  1   11/01/05   PLF 1 reply to opposition to PLF 1 motion to remand case to state
                         distict court (5-1).

     9 -  1   11/21/05   RRB Order denying motion to remand case to state distict court (5-1).
                         cc: cnsl
```