Ward Merdes
P.O. Box 71309
Fairbanks, Alaska 99707
452-5400 / 452-8879 (f)

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 20 PM 4: 10

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH WAYNE HUYCK, | ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| ALLSTATE INSURANCE COMPANY, | ) ) |
| Defendant. | ) ) |

Case No. F05-0022 CV (RRB)

HUYCK'S 12/20/05 MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff Ralph Huyck, by and through undersigned counsel, pursuant to Civil Rule 15, respectfully moves for an Order allowing him leave to amend his complaint in this action.

A supporting memo and conforming Order are concurrently filed/lodged herewith.

Thank you.

DATED this 20th day of December, 2005.

MERDES & MERDES, P.C.
Attorneys for Ralph Huyck

_____
Ward Merdes – ABN 8906027

Ward Merdes
P.O. Box 71309
Fairbanks, Alaska 99707
452-5400 / 452-8879 (f)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH WAYNE HUYCK, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

Case No. F05-0022 CV (RRB)

MEMO IN SUPPORT OF 12/20/05 MOTION FOR LEAVE TO AMEND COMPLAINT

CR 15 allows for amendment of pleadings with leave of court. Leave is to be freely granted, particularly when there is no showing of injustice. *Estate of Thompson v. Mercedes-Benz, Inc.*, 514 P.2d 1269 (Alaska 1973). Trial has not been scheduled.

Ralph Huyck filed his complaint in the State District Court to limit his expenses. Ralph lost his home and belongings. He seeks all ways to limit expenses, including living out of his employer's warehouse at one point.

Ralph's complaint sought a declaration of coverage of the Fire Insurance that Allstate sold him. He purchased. An amount was not detailed. Defendant removed this case to Federal Court. A Motion to Remand was filed and denied, causing the necessity of this motion.

Ralph seeks to amend his complaint to specify damages of $74,999.00 – so that this Court is comfortable remanding to State Court. No harm would befall any party if this amendment is allowed.

A conforming State District Court complaint is annexed. Leave to amend is respectfully requested.

Thank you.

DATED this 20th day of December, 2005.

                MERDES & MERDES, P.C.
                Attorneys for Plaintiff Ralph Huyck

                Ward Merdes – ABN 8906027

HUYCK v. ALLSTATE
MEMO RE: LEAVE TO AMEND COMPLAINT
PAGE 2

Ward Merdes
P.O. Box 71309
Fairbanks, Alaska 99707
452-5400 / 452-8879 (f)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RALPH WAYNE HUYCK,           )
                             )
        Plaintiff,           )
                             )
vs.                          )
                             )
ALLSTATE INSURANCE COMPANY,  )
                             )
        Defendant.           )

Case No. F05-0022 CV (RRB)

CERTIFICATE OF SERVICE

I, Audrey Dean, being over the age of 19 years and competent to testify, certify that a true and correct copy of: HUYCK'S 12/20/05 MOTION FOR LEAVE TO AMEND COMPLAINT, proposed ORDER, AMENDED COMPLAINT and this CERTIFICATE OF SERVICE were mailed to:

Rebecca J. Hozubin
% Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, AK 99501

DATED this 20th day of December, 2005.

MERDES & MERDES, P.C.
Attorneys for Ralph Huyck

*Audrey Dean*
Audrey Dean – Paralegal