Rebecca J. Hozubin
WILKERSON, HOZUBIN & BURKE
310 K Street, Suite 405
Anchorage, AK  99501
Rebecca@Wilkersonlaw.net
Phone:  276-5297
Fax:  276-5291

Attorneys for Allstate Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH WAYNE HUYCK, ) | |
| ) | |
|        Plaintiff, ) | |
| ) | |
|    vs. ) | |
| ) | |
| ALLSTATE INSURANCE COMPANY, ) | |
| ) | |
|        Defendant. ) | |
| ) | Case No. F05-0022 CV (RRB) |

**NON-OPPOSITION TO PLAINTIFF'S MOTION TO AMEND**

COMES NOW, ALLSTATE, through counsel, Wilkerson, Hozubin & Burkes, and non-opposes plaintiff's Motion for Leave to Amend Complaint dated December 20, 2005.

DATED this 4th day of January, 2006.

                              Wilkerson, Hozubin & Burke

                              By: s/Rebecca J. Hozubin
                                  310 K Street, Suite 405
                                  Phone: 907 276-5297
                                  Fax: 907 276-5291
                                  E-mail: Rebecca@wilkersonlaw.net
                                  Attorneys for Defendant GEICO
                                  AK Bar No. 9806016

**CERTIFICATE OF SERVICE**
I hereby certify that on the
4th day of January, 2006, a copy
of foregoing Defendant's Voir Dire
was served electronically and by mail
on the following:

Ward Merdes, Esq.
P.O. Box 71309
Fairbanks, AK 99707

WILKERSON, HOZUBIN & BURKE

**By: s/Rebecca J. Hozubin**
1500.137/plead/Non-Opp Mtn to Amend

2