UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  HUYCK  </u>  v.  <u>  ALLSTATE INSURANCE CO.  </u>

DATE:   <u>  January 6, 2006  </u>     CASE NO.   <u>  F05-0022 CV (RRB)  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**GRANTING MOTION TO AMEND**

---

      Plaintiff's unopposed Motion for Leave to Amend Complaint at Docket 10 is hereby **GRANTED**.  Plaintiff's Amended Complaint is deemed filed and served this date.