National Support Center
**Allstate Insurance Company**
1819 Electric Road S.W.
Roanoke, VA 24018-1618
Bus: (540) 989-2200



**Allstate.**
You're in good hands.

Claim#  _332 294 6835_

To Whom It May Concern:

I, Linda Sisson, employee of Allstate Insurance Company, Roanoke, Virginia, do certify

that the enclosed is a copy of Policy Number ____ _907 108861_ ,

in the name of ____ _Ralph Huyck_ ,

showing the coverages that were on the policy at the time of loss of ____ _8-1-03_ .

_Linda Sisson_
Claim Support

State of Virginia, County of Roanoke

On this ____ _30th_ day of ____ _September_ ____ , 2003, before me

personally appeared Linda Sisson to me known to be the person who executed the

foregoing instrument and acknowledged that she executed the same as a free act and

deed.

_Darlene Looney_
Notary Public

My Commission Expires:

```
DARLENE K. LOONEY
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires May 31, 2007
```

**OCT 0 6 2003**

**RECEIVED**

Ex _1_

Page _1_ of _39_

100054

*Ozimkoski Ins Agy*
*59 College Road #205*
*Fairbanks AK 99701*

| Your Quick Insurance Check |
| --- |
| ✓ Verify the information listed in the Policy Declarations. |
| ✓ Please call if you have any questions. |
| ✓ File this package safely away. |
| ✓ If premium is due or if it has changed, a bill or refund will be mailed separately. |

Ralph Huyck
PO Box 10614
Fairbanks AK 99710-0614

### Policy Change Notice

A change has been made to reflect new or corrected information affecting your policy. We want your policy information and your coverage to be up-to-date and accurate.

The change took effect on February 19, 2003. The accompanying Amended Policy Declarations includes this change:

A policy coverage has been changed.

Your premium for this current period has been increased by a total of $9.00.

The coverages and limits you carry on your policy are listed in detail on the enclosed Policy Declarations. By comparing this Policy Declarations with the most recent Policy Declarations mailed to you, you can see any changes in detail.

If you have any questions or concerns, please contact your agent at (907) 452-5664.

Thanks again—it's a pleasure serving you.

*Customer Service Department*

Customer Service Department

PROP *01000510302195300011030I*

Information as of
February 19, 2003

EP1

Ex 1
Page 2 of 39

**100055**

**Allstate Insurance Company**

AMENDED
# Deluxe Mobilehome
# Policy Declarations

## Summary

**NAMED INSURED(S)**
Ralph Huyck
PO Box 10614
Fairbanks AK 99710-0614

**YOUR ALLSTATE AGENT IS:**
Ozimkoski Ins Agy
59 College Road #205
Fairbanks AK 99701

**CONTACT YOUR AGENT AT:**
(907) 452-5664

**POLICY NUMBER**
9 07 108861 08/02

**POLICY PERIOD**
Begins on Aug. 2, 2002
at 12:01 A.M. standard time,
with no fixed date of expiration

**PREMIUM PERIOD**
Aug. 2, 2002 to Aug. 2, 2003
at 12:01 A.M. standard time

**LOCATION OF PROPERTY INSURED**
288 Rambling Rd 59, Fairbanks, AK 99712-1529

**MANUFACTURER - MARLETT**    **SERIAL NO. - MH1141821X03084**    **YEAR - 1983**

**MORTGAGEE**
• WELLS FARGO (MBLHM-RV-BOAT)
  P O Box 850    Minneapolis MN 55480-0850    *Loan # NONE*

## Total Premium for the Premium Period    *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Mobilehome Coverage | $719.00 |
| **TOTAL** | **$719.00** |

*Your policy change(s) are effective as of Feb. 19, 2003*

PROP *01000510302195300011030302*

Information as of
February 19, 2003

AK002AMD

**Page 1**

Ex 1
Page 3 of 39

100056

# Allstate Insurance Company

Policy Number: **9 07 108861 08/02**     Your Agent: **Ozimkoski Ins Agy (907) 452-5664**
For Premium Period Beginning: **Aug. 2, 2002**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Mobilehome Protection<br> • $500   All Peril Deductible Applies | Actual cash value | |
| Improvements - Actual cash value but not to exceed<br> • $500   All Peril Deductible Applies | $4,000 | |
| Personal Property Protection - Actual cash value but not to exceed<br> • $500   All Peril Deductible Applies | $68,000 | |
| Family Liability Protection | $300,000 | each occurrence |
| Guest Medical Protection | $1,000<br>$25,000 | each person<br>each accident |

## DISCOUNTS   Your premium reflects the following discounts on applicable coverage(s):

Protective Device                5 %

Ex 1
Page 4 of 39
100057

# Allstate Insurance Company

Policy Number: **9 07 108861 08/02**    Your Agent: **Ozimkoski Ins Agy  (907) 452-5664**
For Premium Period Beginning: **Aug. 2, 2002**

## *Your Policy Documents*

Your Mobilehome policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Mobilehome Policy form U10119                    - Amendment of Policy Provisions form AP444
- Dlx MH Amendatory Endorsement form AU2247-1

## *Important Payment and Coverage Information*

Please note: This is not a request for payment.  Any adjustments to your premium will be reflected on your next scheduled bill which will be mailed separately.

In the meantime, if you have any outstanding or unpaid bills, please pay at least the minimum amount due to assure your policy continues in force.  If you have any questions, please contact your agent.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

Edward M. Liddy
President

Robert W. Pike
Secretary

PROP *01000510302195300011030*

Information as of
February 19, 2003

**Page  3**
AK032AMD

**100058**

# Allstate
## Deluxe
## Mobilehome
## Policy

Allstate Insurance Company
Allstate Plaza
Northbrook, IL 60062

## Table of Contents

### General

| | |
|---|---|
| Insuring Agreement | 2 |
| Definitions Used Throughout This Policy | 2 |
| Agreements We Make With You | 3 |
|     Conformity to State Statutes | 3 |
|     Coverage Changes | 4 |
|     Policy Transfer | 4 |
|     Continued Coverage After a Death | 4 |
|     Cancellation | 4 |
| Concealment or Fraud | 4 |

### Section I   Your Property

**Part I — Coverage A**
**Mobile Home Protection**

| | |
|---|---|
| Property We Cover | 5 |
| Improvements | 5 |
| Property We Do Not Cover | 5 |
| Losses We Cover | 5 |
| Exclusions — Losses We Do Not Cover | 5 |

**Part 2 — Coverage B**
**Personal Property Protection**

| | |
|---|---|
| Property We Cover | 7 |
| Personal Property We Do Not Cover | 7 |
| Limitations on Certain Personal Property | 8 |
| Losses We Cover | 8 |
| Exclusions — Losses We Do Not Cover | 10 |

**Part 3**
**Additional Protection**

| | |
|---|---|
| Loss of Use of Your Mobile Home | 11 |
| Credit Card and Check Forgery | 11 |
| Change Of Mobile Home | 12 |
| Debris Removal | 12 |
| Emergency Removal Service | 12 |
| Fire Department Charges | 12 |

| | |
|---|---|
| Necessary Repairs After a Loss | 12 |
| Removal of Property | 12 |
| Trees, Shrubs, Plants and Lawns | 13 |
| Consequential Loss | 13 |

**Part 4**
**Section I Conditions**

| | |
|---|---|
| Deductible | 13 |
| Insurable Interest and Our Liability | 13 |
| What You Must Do After a Loss | 13 |
| Our Settlement Options | 14 |
| How We Settle a Loss | 14 |
| Abandoned Property | 14 |
| Our Payment of Loss | 14 |
| Appraisal | 15 |
| Lienholders | 15 |
| Permission Granted | 15 |
| Our Rights to Recover Payment | 16 |
| Suit Against Us | 16 |
| Loss To a Pair Or Set | 16 |
| Glass Replacement | 16 |
| No Benefit to Bailee | 16 |
| Control of Property | 16 |
| Other Insurance | 16 |

### Section II   Family Liability

**Part 1 — Coverage X**
**Family Liability Protection**

| | |
|---|---|
| Losses We Cover | 17 |
| Exclusions — Losses We Do Not Cover | 17 |

**Part 2 — Coverage Y**
**Guest Medical Protection**

| | |
|---|---|
| Losses We Cover | 19 |
| Exclusions — Losses We Do Not Cover | 19 |

100060

Table of Contents: Continued

PLUS
**Part 3**
**Additional Protection**

Claim Expenses 21
Emergency First Aid 21
Damage to Property of Others 21

**Part 4**
**Section II Conditions**

What You Must Do After a Loss 22
What an Injured Person Must Do — Guest Medical Protection 22
Our Payment of Loss Under Guest Medical Protection 22
Our Limits of Liability 22
Bankruptcy 23
Our Rights to Recover Payment 23
Suit Against Us 23
Other Insurance — Family Liability Protection 23

**Section III Optional Protection**

OPTIONAL
**Optional Coverages You May Buy**

Coverage F — Fire Department Charges 24
Coverage J — Extended Coverage on Jewelry, Watches and Furs 24
Coverage R — Additional Dwelling Rented To Others 24
Coverage T — Increased Coverage on Radio or Television Antennas and Towers 24

## General

### Insuring Agreement

Relying on the facts **you** have given **us**, **Allstate** agrees to provide the insurance described in this policy. In return, **you** agree to pay the premium and comply with the policy terms.

This policy applies only to covered losses, **bodily injury**, and **property damage** which occur during the policy period. The declarations page shows the policy period, coverages, limits of liability and premiums. This policy is not complete without the declarations page.

### Definitions Used Throughout This Policy

1 **"You"** or **"your"** — mean the policyholder named on the declarations page and that policyholder's resident spouse.

2 **"Allstate"**, **"we"**, **"us"** or **"our"** — mean the company designated on the declarations page.

3 **"Insured person"** — means **you** and, if a resident of **your** household, any relative or any dependent person in **your** care.

Under the **Family Liability Protection** coverage and the **Guest Medical Protection** coverage, **"insured person"** also means:

**a)** any person or organization legally responsible for loss caused by animals or watercraft covered by this policy which are owned by an **insured person**. **We** will not cover any person or organization, other than a transporter of the mobile home, using or having custody of animals, watercraft or non-motorized land vehicles without permission of the owner.

**General: Continued**

b) with respect to the use of any vehicle covered by this policy, any person while engaged in the employment of an **insured person**.

4  **"Bodily Injury"** — means bodily injury, sickness or disease, including resulting death, care and loss of services.

5  **"Business"** — means:
a) any trade, profession or occupation and the use of any part of any premises for such purposes; and
b) any property rented or held for rental by an **insured person**. However, rental of a **residence premises** isn't considered a **business** when:
   1) it is rented occasionally for dwelling purposes; or
   2) a portion is rented or held for rental as an office, school, studio or private garage.

6  **"Insured Premises"** — means:
a) The **residence premises**; and
b) under Section II only:
   1) A one, two, three or four family dwelling or apartment where **you** reside which is described on the declarations page;
   2) any other **residence premises** acquired by **you** during the premium period for use as a residence;
   3) any part of a premises not owned by an **insured person** but where an **insured person** is living temporarily;
   4) cemetery plots or burial vaults owned by an **insured person**;

5) vacant land, other than farmland, owned by or rented to an **insured person**;
6) land owned by or rented to an **insured person** where a one, two, three or four family dwelling is being built as that person's residence;
7) farm land rented to others, without buildings, not to exceed 500 acres.

7  **"Property Damage"** — means physical injury to or destruction of tangible property, including loss of its use.

8  **"Residence employee"** — means an employee of an **insured person** while performing duties arising out of and in the course of employment in connection with the maintenance or use of the **residence premises**. This includes similar duties for an **insured person** elsewhere, not in connection with the **business** of an **insured person**.

9  **"Residence premises"** — means the mobile home, separate structures, and owned or rented grounds, where you reside as shown on the declarations page.

**We Make The Following Agreements With You:**

**Conformity to State Statutes**
When the policy provisions are in conflict with the statutes of the state in which the **residence premises** is located, the provisions are amended to conform to such statutes.

Ex 9
Page 9 of 39

## General: Continued

**Coverage Changes**

When **Allstate** broadens coverage under this policy during the premium period without charge, you have the new features if you have the coverage. Otherwise, the policy can be changed only by endorsement.

**Policy Transfer**

You may transfer this policy to another person only with our written consent.

**Continued Coverage After a Death**

If you die, coverage will continue until the end of the premium period for:

1) Your legal representative but only with respect to your premises and property covered by this policy on the date of your death.

2) An insured person, and any person having proper temporary custody of your property until a legal representative is appointed.

**Cancellation**

**Your Right to Cancel**

You may cancel this policy by:

1) Returning it to us; or

2) Notifying us in writing of the future date you wish to stop coverage.

**Our Right to Cancel**

**Allstate** may cancel this policy by mailing notice to you. When this policy has been in effect for less than 60 days, **Allstate** may cancel this policy for any reason by mailing notice to you at least 10 days before the cancellation takes effect.

When this policy has been in effect for 60 days or more, or if it is a renewal policy, **Allstate** may not cancel this policy except for one or more of these reasons:

1) Non-payment of premium;

2) Misrepresentation, fraud or withholding of material facts when the policy was obtained or when a claim was submitted; or

3) There has been a substantial change or increased hazard in the risk we originally agreed to insure.

We will mail notice to you before the cancellation takes effect. **We** will give at least 10 days notice if for non-payment of premium. **We** will give at least 30 days notice for the other reasons.

Mailing the notice to the address shown on the declarations page shall be proof of notice. The effective date and hour shown on the cancellation notice shall be the end of the policy period. **Your** return premium, if any, will be on a pro rata basis. Return premium will be given at the time of cancellation or as soon as practicable. However, payment of unearned premium is not a condition of cancellation.

If we don't intend to continue the policy beyond any anniversary of its original effective date, we will mail you notice at least 30 days before the end of the applicable premium period.

**Concealment or Fraud**

We do not cover an **insured person** who has concealed or misrepresented any material fact or circumstance relating to this insurance, before or after the loss.

## Part 1 — Coverage A
## Mobile Home Protection

**We Will Cover:**

1   **Your** mobile home at the **residence premises** used primarily as a private residence.

2   Attached structures, equipment and accessories which were built into and formed a permanent part of the mobile home when it was purchased by you. This includes replacements for such items that remain a permanent part of the mobile home.

3   Steps, and oil and gas drums or tanks connected to the mobile home which furnish heating or cooking fuel.

4   Materials and supplies at or adjacent to the **residence premises** for use in construction, alteration or repair of the **residence premises.**

5   Wall-to-wall carpeting which is a permanent part of the mobile home.

**Improvements**

We Will Cover:

1   Attached structures, equipment and accessories which you add to your mobile home and which become a permanent part of the mobile home.

2   Other structures at the **residence premises** separated from the mobile home by clear space. Structures connected to the mobile home by only a fence, utility line, or similar connection are considered to be other structures.

We will not pay more than $100 in any one loss of an outside radio or television antenna and its tower.

**Property We Do Not Cover:**

Structures that are not attached to your mobile home:

1   used in whole or part for **business** purposes; or

2   rented or held for rental to other than a tenant in your mobile home. This does not apply to the rental of a private garage.

**Losses We Cover**

We will pay for damage to the property described in the **Mobile Home Protection** coverage from all risks of physical loss except as limited or excluded in this policy.

**Exclusions — Losses We Do Not Cover**

We do not cover loss or damage to the property covered in the **Mobile Home Protection** coverage resulting directly or indirectly from:

1   Water damage, meaning:
   a)   water which backs up through sewers or drains; or
   b)   water below the surface of the ground. This includes water which exerts pressure on, or flows, seeps or leaks through any part of a mobile home, or other structure, sidewalk, driveway, or swimming pool.

Direct loss that follows water damage and is caused by fire, explosion or theft is covered.

100062

**Mobilehome Protection: Continued**

2   Wear and tear; marring; scratching; deterioration; inherent vice; latent defect; mechanical breakdown; rust; mold; wet or dry rot; contamination; smog; smoke from agricultural smudging or industrial operations; settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations, walls, floors, roofs, or ceilings; birds, vermin, rodents, insects or domestic animals.

If any of the above cause water to escape from a plumbing, heating, air conditioning system or household appliance, we cover loss caused by water. We also cover the cost of tearing out and replacing any part of a mobile home or other structure necessary to repair the system or appliance. We do not cover loss to the system or appliance from which the water escaped.

Any ensuing direct loss not excluded is covered.

3   Enforcement of any ordinance or law regulating the construction, repair or demolition of a mobile home or other structure. We will cover loss caused by actions of civil authority to prevent the spread of fire, unless the fire is caused by a loss we do not cover.

4   Neglect of an insured person to take all reasonable steps to save and preserve property at and after a loss or when the property is endangered by a loss we cover.

5   Conversion, embezzlement or secretion by the selling dealer or by any person in lawful possession of the mobile home.

6   Collision or upset of the mobile home.

7   Continuous or repeated seepage or leakage of water or steam over a period of time from within a plumbing, heating or air conditioning system or from within a household appliance.

8   Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to fences, pavements, patios, swimming pools, foundations, retaining walls, bulkheads, piers, wharves or docks.

9   Freezing of plumbing, heating or air conditioning systems or household appliances, or by discharge, leakage or overflow from within the systems or appliances, from freezing, while the mobile home is vacant or unoccupied unless **you** have used reasonable care to:
  a)   maintain heat in the mobile home; or
  b)   shut off the water supply and drain the system and appliances.

10   Theft in or to a mobile home under construction or installation, or of construction materials and supplies, until the mobile home is completed and occupied.

11   Vandalism and Malicious Mischief or glass breakage if the mobile home covered had been vacant for more than 30 consecutive days immediately prior to the loss. A mobile home being installed is not considered vacant.

12   Nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination, or any consequence of any

Page 6

Tate Allstate Allstate Allstate Allstate Allstate Allstate Allstate Allstate

**Mobilehome Protection: Continued**



**Part 2 — Coverage B**
**Personal Property Protection**

of these. Loss caused by nuclear action is not considered loss by fire, explosion or smoke. Direct loss by fire resulting from nuclear action is covered.

13  War or warlike acts, including insurrection, rebellion or revolution.

14  Any loss occurring while the hazard is increased by any means within the control or knowledge of an **insured person**.

**We Will Cover:**

1  Personal property owned or used by an **insured person** anywhere in the world. However, when personal property is usually at a residence other than the **residence premises**, coverage is limited to 10% of the limit of liability shown for **Personal Property Protection** coverage. This limitation does not apply to personal property in a newly acquired principal residence for 30 days after moving begins.

2  At **your** option, we will cover personal property owned by others while on the part of the **residence premises** occupied by an **insured person**.

**Personal Property We Do Not Cover**

1  Personal property separately described and specifically insured by this or any other policy.

2  Animals.

3  Motorized land vehicles. We do cover those vehicles used to service the **residence premises** which are not designed or licensed for road use.

4  Aircraft and aircraft parts.

5  Property of roomers, boarders and other tenants not related to an **insured person**.

6  Property rented or held for rental to others off the **residence premises**.

7  Any sound reproducing, recording, transmitting, or receiving system in or upon a motorized land vehicle which can be

Page 7

Ex 1
Page 13 of 39

100064

**Personal Property Protection: Continued**

operated by power from the electrical system of the motorized land vehicle, and any tape or similar item useable with that system.

**Limitations On Certain Personal Property**
Limitations apply to the following groups of personal property. These limitations do not increase the amount of insurance under the **Personal Property Protection** coverage. The total amount of coverage for each group in any one loss is as follows:

1   $100  —   Money, bullion, bank notes, coins, medals and other numismatic property.

2   $200  —   Property used or intended for use in a **business**.

3   $500  —   Theft of jewelry, watches, furs, including any item containing fur which represents its principal value, precious and semi-precious stones, and gold other than goldware, silver other than silverware, and platinum.

4   $500  —   Accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, securities, tickets, or stamps, including philatelic property.

5   $500  —   Watercraft, including their trailers, furnishings, equipment and outboard motors.

6   $500  —   Trailers not used with watercraft.

7   $1000 —   Theft of silverware, goldware and pewterware.

8   $1000 —   Theft of guns.

9   $1000 —   Manuscripts.

**Losses We Cover**
We will pay for direct loss to the property described in the **Personal Property Protection** coverage, except as limited or excluded in this policy, caused by:

1   Fire or Lightning.

2   Windstorm or Hail.

We do not cover any loss caused directly or indirectly by rain, sleet, snow or ice, other than hail, whether wind driven or not. However, we will cover loss to personal property inside the mobile home or other structure caused by rain, snow, sleet, sand or dust if the wind or hail first damages the roof or walls and the wind forces the rain, snow, sleet, sand or dust through the opening.

We do not cover any loss to watercraft and their trailers, furnishings, equipment and motors unless inside a fully enclosed building. However, we will cover canoes and rowboats on the **residence premises**.

3   Explosion.

4   Riot or Civil Commotion, including direct loss from pillage or looting during, and at the site of, the loss.

Page 8

Ex ____ Page 14 of 39

100065

## Personal Property Protection: Continued

5   Aircraft, including self-propelled missiles and spacecraft.

6   Vehicles.

   We do not cover damage caused by vehicles:
   a)   owned or operated by a transporter of the mobile home; or
   b)   while the mobile home is on a public or private road.

7   Smoke, if the loss is sudden and accidental.

   We do not cover loss caused by smoke from agricultural smudging or industrial operations.

8   Vandalism and Malicious Mischief.

9   Falling objects.

   We do not cover loss to personal property inside a mobile home or other structure unless the falling object first damages the exterior walls or roof of the mobile home or other structure.

10   Weight of ice, snow or sleet which causes damage to personal property in a mobile home or other structure, but only if the weight of ice, snow or sleet physically damages the mobile home or other structure.

11   Collapse of a mobile home or building or any part of them, but collapse does not include bulging, cracking, expansion, settling or shrinkage.

12   Sudden and accidental loss from artificially generated electrical currents.

   We do not cover loss to tubes, transistors or similar electronic components.

13   Sudden and accidental bulging, burning, cracking or rupture of a steam or hot water heating system or appliance.

   We do not cover loss caused by or resulting from freezing.

14   Water or steam that escapes from an air conditioning, heating or plumbing system or from within a domestic appliance due to:
   a)   accidental leakage or overflow, or
   b)   freezing of the system or appliance.

   We do not cover loss from freezing while the mobile home is unoccupied unless you have used reasonable care to:
   a)   maintain heat in the mobile home; or
   b)   shut off the water supply and drain the system and appliances.

   We do not cover loss to the appliance from which the water or steam escapes.

15   Earthquake or Landslide.

   One or more earthquake shocks occurring within a seventy-two hour period will be considered a single earthquake.

16   Flood or other water rising from outside the mobile home.

Ex 1
Page 15 Of 39

100066

**Personal Property Protection: Continued**

We do not cover:
a) water which backs up through sewers or drains; or
b) water below the surface of the ground. This includes water which exerts pressure on, or flows, seeps or leaks through any part of the mobile home or other structure, sidewalk, driveway, or swimming pool.

Direct loss that follows water damage and is caused by fire, explosion or theft is covered.

17 Theft or attempted theft, including loss of property from a known place where it is likely that a theft has occurred.

We do not cover:
a) theft committed by an **insured person**;
b) theft in or from a mobile home under construction or installation, or of construction materials and supplies, until the mobile home is completed and occupied;
c) theft of any property while at any other residence owned, rented to or occupied by an **insured person** unless the **insured person** is temporarily residing there at the time of loss;
d) theft of trailers, campers, watercraft, including furnishings, equipment and outboard motors, away from the **residence premises**; or
e) theft from any part of a **residence premises** rented by you to other than an insured person.

**Exclusions — Losses We Do Not Cover**

We do not cover loss or damage to the property described in the **Personal Property Protection** coverage resulting directly or indirectly from:

1 Enforcement of any ordinance or law regulating the construction, repair or demolition of a mobile home or structure. We will cover loss caused by actions of civil authority to prevent the spread of fire, unless the fire is caused by a loss we do not cover.

2 Neglect of an **insured person** to take all reasonable steps to save and preserve property at and after a loss or when the property is endangered by a loss we cover.

3 Nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination, or any consequence of any of these. Loss caused by nuclear action is not considered loss by fire, explosion or smoke. Direct loss by fire resulting from nuclear action is covered.

4 War or warlike acts, including insurrection, rebellion or revolution.

5 Any loss occurring while the hazard is increased by any means within the control or knowledge of an **insured person**.

Ex____1____
Page __16__ Of 39

100067



**Part 3**
**Additional Protection**

**1    Loss Of Use Of Your Mobile Home**
a)   We will pay the reasonable increase in living expenses necessary to maintain the normal standard of living of **your** household, when a loss we cover makes **your residence premises** uninhabitable.

Payment shall not exceed three consecutive months from the time of loss, or the period of time required:
1)   using due diligence and dispatch, to repair or replace the damaged or destroyed property; or
2)   for **you** to permanently relocate;

whichever is less.

b)   We will pay **your** loss of fair rental income resulting from a covered loss, less charges and expenses which do not continue, while the part of the **residence premises you** rent to others, or hold for rental, is uninhabitable. We will pay this loss of fair rental income for the shortest time required to repair or replace the rented part, not to exceed three consecutive months from the time of loss.

c)   We will pay the reasonable and necessary increase in living expenses and the loss of fair rental income for up to two weeks should civil authorities prohibit the use of **your residence premises** due to a loss at a neighboring premises caused by a type of loss we cover.

These periods of time are not limited by the termination of this policy.

We will not pay for loss or expense due to the cancellation of any lease or agreement.

No deductible applies to this coverage.

**2    Credit Card And Check Forgery**
We will pay for loss:
a)   that an **insured person** is legally required to pay for the unauthorized use of any credit card. This card must be issued to or registered in the name of an **insured person**.
b)   caused by forgery or alteration of a check or similar instrument made or drawn upon an **insured person**.

**Our** maximum limit of liability for any one loss is $1,000. All loss due to forgery or unauthorized use by any one person or in which that person is concerned is considered one loss.

We will not pay for:
a)   loss arising from any **business** of an **insured person**.
b)   loss caused by or at the direction of an **insured person** or any other person who has been entrusted with any credit card.

When loss is discovered, the **insured person** must give us immediate written notice. If the loss involves a credit card or charge plate, the **insured person** must also give immediate written notice to the company that issued the card or plate. Failure to comply with the terms and conditions of the card or plate voids this protection.

We will pay only for loss occurring during the policy period. This includes those losses

Page 11

Ex __1__
Page __17__ Of __39__

100068

## Additional Protection: Continued

discovered and reported to us within one year after the policy has terminated. We have the right to investigate and settle any claim or suit as we feel appropriate. Full payment of the amount of insurance for any one loss ends our obligation under each claim or suit arising from the loss.

We will defend any suit brought against an **insured person** for the enforcement of payment covered under Credit Card protection. The defense will be at **our** expense, with counsel of **our** choice.

We have the option to defend an **insured person** or the **insured person's** bank against a suit for the enforcement of payment covered under Check Forgery protection. The defense will be at **our** expense, with counsel of **our** choice.

No deductible applies to this coverage.

### 3   Change Of Mobile Home

If **you** replace the mobile home at **your** **residence premises**, we will cover the replacement under the provisions of this policy. **You** must notify us within 60 days and pay any additional premium required. This protection will not apply to any loss against which an **insured person** has other collectible insurance.

### 4   Debris Removal

We will pay the reasonable cost charged for the necessary removal of the debris of covered property damaged in a loss we cover. This protection does not increase the amount of insurance applying to the covered property.

However, in the event of a total loss of the mobile home, we will pay up to an additional 5% of the actual cash value of the mobile home for debris removal expense provided the damaged property is repaired or replaced at the **residence premises**.

### 5   Emergency Removal Service

We will pay the reasonable expense incurred by **you**, not to exceed $500, for each removal and return of **your** mobile home, if it is endangered by a loss we cover. The removal must be urgently necessary to avoid damage to the mobile home.

No deductible applies to this coverage.

### 6   Fire Department Charges

We will pay up to $250 per run for service charges made by fire departments called to protect **your** property from a loss we cover at the **residence premises**.

No deductible applies to this coverage.

### 7   Necessary Repairs After A Loss

We will pay the reasonable expense for necessary repairs to protect covered property from further damage after a loss we cover. This protection does not increase the amount of insurance applying to the covered property.

### 8   Removal Of Property

We will pay for direct loss to covered property damaged in any way while removed from **your** premises because of danger from a loss we cover.

Page 12

## Additional Protection: Continued

Protection is limited to a 30-day period from date of removal and applies on a pro-rata basis. This protection does not increase the amount of insurance applying to the covered property.

**9  Trees, Shrubs, Plants And Lawns**
We will pay up to an additional 5% of the limit of insurance applying to the **Mobile Home Protection** coverage for loss to trees, shrubs, plants and lawns at the **residence premises**. Coverage applies to loss caused by: fire, lightning, explosion, riot or civil commotion, vandalism or malicious mischief, theft, aircraft or vehicles not owned or operated by an occupant of the **residence premises**.

We will not pay for:
a)  more than $500 on any one tree, shrub or plant, including any debris removal expense.
b)  trees, shrubs, plants and lawns grown for **business** purposes.

**10  Consequential Loss**
We will pay for loss to covered personal property in your mobile home at the **residence premises** due to temperature changes because of damage to the mobile home or its equipment caused by a loss we cover.



## Part 4
### Section I Conditions

**1  Deductible**
We will pay only when a covered loss exceeds the deductible shown on the declarations page for that coverage, and then only for the excess amount, unless we have otherwise indicated in this policy.

**2  Insurable Interest And Our Liability**
In the event of a covered loss, we will not pay an **insured person** more than:
a)  the insurable interest that person has in the property covered; nor
b)  more than the amount of coverage afforded by this policy.

**3  What You Must Do After A Loss**
In the event of a loss to property that this policy may cover, you must do the following things:
a)  Promptly give **us** or **our** agent written notice. Report any theft to the police. If the loss involves a credit card or charge plate, written notice must also be given to the company that issued the card or plate.
b)  Protect the property from further loss including making reasonable and necessary repairs to protect it. You shall also keep an accurate record of any repair expenses.
c)  Promptly separate the damaged and undamaged personal property. Furnish us with a detailed list of the damaged or destroyed property, showing the quantity, cost, actual cash value and the amount of loss claimed.
d)  Give us for examination all books of account, bills, invoices and other vouchers, or certified copies, which we may reasonably request and permit us

Page 13

Ex____
Page 19 Of 39

100070

## Section I Conditions: Continued

to make copies.

e) Produce receipts for any increased costs to maintain **your** standard of living while **your** mobile home is uninhabited.

f) As often as **we** reasonably require:
   1) show **us** the damaged property; and
   2) submit to examinations under oath and give **us** signed statements.

g) Produce bills and receipts for improvements made by **you** which became a permanent part of the mobile home after **you** originally purchased it.

h) Within 60 days after the loss, give **us** a signed, sworn proof of the loss. This statement should include the following information:
   1) the date, time, location and cause of loss;
   2) the interest **you** and others have in the property, including any encumbrances;
   3) the actual cash value and amount of loss of each item damaged or destroyed;
   4) other insurance that may cover the loss;
   5) changes in title, use, occupancy or possession of the property during the policy period;
   6) the specifications and repair estimates of any damaged mobile home or structure **we** may request;
   7) evidence supporting a claim under the Credit Card and Check Forgery coverage. This should state the cause and amount of loss.

**4   Our Settlement Options**

In the event of a covered loss, **we** have the option of taking all or part of the covered property at the agreed or appraised value. **We** have the option to repair, rebuild or replace the damaged or destroyed property with property of like kind and quality within a reasonable time. **We** shall give **you** notice of **our** intention to repair, rebuild or replace the damaged or destroyed property within 30 days after **we** receive **your** signed, sworn proof of loss.

**We** may at any time before the loss is paid or the property is replaced, return any stolen property to **you** with payment for any resulting damage.

**5   How We Settle A Loss**

A covered property loss will be settled on an actual cash value basis.

In making an actual cash value settlement, payment will not exceed the smallest of the following amounts:
a) The actual cash value at the time of the loss;
b) The amount necessary to repair or replace the damaged property; or
c) The limit of liability applying to the property.

**6   Abandoned Property**

**We** are not obligated to accept any property abandoned by an **insured person**.

**7   Our Payment Of Loss**

**We** shall adjust all losses with **you**. **We** shall pay **you** unless another payee is named in the policy. **We** shall pay within 60 days after the amount of loss is finally determined. This amount may be determined by:

State Allstate Allstate Allstate Allstate Allstate Allstate Allstate

Ex 1
Page 20 of 39

100071

## Section I Conditions: Continued

a) agreement between you and us, or
b) a court judgment, or
c) an appraisal award.

### 8 Appraisal

If you and we fail to agree on the actual cash value or the amount of loss, either party may make written demand for an appraisal. Each party will select a competent and disinterested appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, you or we can ask a judge of a court of record in the state where the **residence premises** is located to select an umpire.

The appraisers shall then determine the amount of loss, stating separately the actual cash value and the amount of loss to each item. If the appraisers submit a written report of an agreement to us, the amount agreed upon shall be the amount of loss. If they cannot agree, they will submit their differences to the umpire. A written award by any two will determine the actual cash value and the amount of loss.

Each party will pay the appraiser chosen, and equally bear expenses for the umpire and all other expenses of the appraisal.

### 9 Lienholders

Loss shall be payable to lienholders named on the declarations page, to the extent of their interest and in the order of precedence and all the provisions of this policy apply to these lienholders.

**We will:**
a) protect the lienholder's interest in an insured mobile home in the event of an increase in hazard, change in ownership, or foreclosure if the lienholder has no knowledge of these conditions.
b) give the lienholder at least 10 days notice if we cancel this policy.

**The Lienholder will:**
a) furnish proof of loss within 60 days after notice of the loss if an **insured person** fails to do so.
b) pay upon demand any premium due if an **insured person** fails to do so.
c) notify us of any change of ownership or occupancy or any increase in hazard of which the lienholder has knowledge.
d) give us the lienholder's right of recovery against any party liable for loss.
e) after a loss, permit us to satisfy the lien requirements and receive full transfer of the lien.

This lienholder interest provision shall apply to any mortgagee, trustee, loss payee or other secured party.

### 10 Permission Granted

a) The **residence premises** may be vacant or unoccupied without limit of time, except where this policy states otherwise.
b) You may make alterations, additions and repairs to the **residence premises** and complete structures under construction.

Page 15

Ex 1
Page 21 of 39

100072

**Section I Conditions: Continued**

**11 Our Rights To Recover Payment**
When we pay any covered loss, an **insured person's** right to recover from anyone else becomes **ours** up to the amount **we** have paid. An **insured person** must protect these rights and help **us** enforce them. **You** may waive **your** rights to recover against another person involving the property covered in this policy. This must be done in writing prior to a loss.

**12 Suit Against Us**
No suit or action may be brought against **us** unless there has been full compliance with all the terms of this policy. Any suit or action must be brought within one year after the loss.

**13 Loss To A Pair Or Set**
If there is a covered loss to a pair or set, **we** may:
a) repair or replace any part of the pair or set to restore it to its value before the loss; or
b) pay the difference between the actual cash value of the property before and after the loss.

**14 Glass Replacement**
**We** will replace covered glass using safety glazing materials when required by law.

**15 No Benefit To Bailee**
This insurance will not in any way benefit any person or organization who may be caring for or handling **your** property for a fee.

**16 Control Of Property**
Any act or neglect of another person will not impair this insurance, if not within **your** control.

**17 Other Insurance**
If both this insurance and other insurance apply to a covered loss, **we** will pay **our** share. **Our** share will be the proportionate amount that this insurance bears to the total amount of all applicable insurance. However, this insurance shall be excess over any other insurance that covers loss by theft.

Page 16

State Allstate Allstate Allstate Allstate Allstate Allstate Allstate Allstate Allstate

100073

### Part 1 — Coverage X
### Family Liability Protection

**Losses We Cover**

We will pay all sums arising from the same loss which an **insured person** becomes legally obligated to pay as damages because of **bodily injury** or **property damage** covered by this part of the policy.

We may investigate or settle any claim or suit for covered damages against an **insured person**. If an **insured person** is sued for these damages, we will provide a defense with counsel of our choice, even if the allegations are not true. We are not obligated to pay any claim or judgment or defend any suit after we have exhausted the limit of our liability

**Exclusions — Losses We Do Not Cover**

1  We do not cover any **bodily injury** or **property damage** which may reasonably be expected to result from the intentional or criminal acts of an **insured person** or which is in fact intended by an **insured person**.

2  We do not cover **bodily injury** to an **insured person** or **property damage** to property owned by an **insured person**.

3  We do not cover **bodily injury** to any person eligible to receive benefits required or voluntarily provided by an **insured person** under any workers' compensation, non-occupational disability or occupational disease law.

4  We do not cover **bodily injury** or **property damage** arising out of the ownership, operation, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft.

5  We do not cover **bodily injury** or **property damage** arising out of the ownership, operation, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any motorized land vehicle or trailer.

This exclusion does not apply to:
a)  a motorized land vehicle in dead storage or used exclusively on the **residence premises**;
b)  any motorized land vehicle designed principally for recreational use off public roads, unless that vehicle is owned by an **insured person** and is being used away from the **residence premises**;
c)  a golf cart owned by an **insured person** when used for golfing purposes;
d)  a trailer of the boat, camper, home or utility type unless it is being towed or carried by a motorized land vehicle;
e)  farm type tractors, crawlers or farm implements;
f)  **bodily injury** to a **residence employee**.

6  We do not cover **bodily injury** or **property damage** arising out of watercraft away from the **residence premises**:
a)  owned by or rented to an **insured person** if it has inboard or inboard-outboard motor power of more than 50 horsepower;
b)  owned by or rented to an **insured person** if it is a sailing vessel 26 feet or more in length; or
c)  powered by one or more outboard motors with more than 25 total horsepower owned by an **insured person**.

Page 17

Ex 1
Page 23 Of 39

100074

## Family Liability Protection: Continued

This exclusion does not apply to bodily injury to a residence employee .

7   We do not cover **bodily injury** or **property damage** arising out of the rendering of or failure to render professional services.

8   We do not cover **bodily injury** or **property damage** arising out of the **business** pursuits of an **insured person**.

We do cover:
a)   activities normally considered non-business;
b)   the occasional and part-time **business** activities of an **insured person** who is a student under 21 years of age; and
c)   farm property rented to others which is an **insured premises**.

9   We do not cover **bodily injury** or **property damage** arising out of any premises owned, rented or controlled by an **insured person** which is not an **insured premises**. This exclusion does not apply to **bodily injury** to a residence employee.

10   We do not cover **property damage** to property occupied or used by an **insured person**, or rented to or in the care of an **insured person**. However, if the **property damage** arises out of fire, explosion or smoke at an **insured premises** not owned by an **insured person**, this exclusion does not apply to that premises or its contents. Smoke means only the sudden and faulty operation of a cooking or heating unit.

11   We do not cover any liability an **insured person** assumes under any oral contract or agreement. We will not cover any contract or agreement in connection with a **business** of an **insured person**.

12   We do not cover **bodily injury** or **property damage** caused by war or warlike acts, including insurrection, rebellion or revolution.

Ex 1
Page 24 Of 39

100075

**Part 2 — Coverage Y**
**Guest Medical Protection**

**Losses We Cover**

We will pay the reasonable expenses incurred for necessary medical, surgical, x-ray and dental services, prosthetic devices, eye glasses, hearing aids and pharmaceuticals, and ambulance, hospital, licensed nursing, and funeral services. These expenses must be incurred and the services rendered within three years from the date of an accident causing **bodily injury** covered by this part of the policy.

Each person who sustains **bodily injury** is entitled to this protection when that person is:

1   On the **insured premises** with the permission of an **insured person**.

2   Off the **insured premises**, if the **bodily injury**:
  a)  arises out of a condition on the **insured premises** or immediately adjoining ways.
  b)  is caused by the activities of an **insured person** or a **residence employee**.
  c)  is caused by an animal owned by or in the care of an **insured person**.
  d)  is sustained by a **residence employee**.

**Exclusions — Losses We Do Not Cover**

1   We do not cover any **bodily injury** which may reasonably be expected to result from the intentional or criminal acts of an **insured person** or which is in fact intended by an **insured person**.

2   We do not cover **bodily injury** to an **insured person** including a resident of the **insured premises**. However, this exclusion does not apply to a **residence employee**.

3   We do not cover **bodily injury** to any person eligible to receive any benefits required or voluntarily provided under any workers' compensation, non-occupational disability or occupational disease law.

4   We do not cover **bodily injury** arising out of the ownership, operation, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft.

5   We do not cover **bodily injury** arising out of the ownership, operation, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any motorized land vehicle or trailer.

This exclusion does not apply to:
  a)  a motorized land vehicle in dead storage or used exclusively on the **residence premises**.
  b)  any motorized land vehicle designed principally for recreational use off public roads, unless that vehicle is owned by an **insured person** and is being used away from the **residence premises**;
  c)  a golf cart owned by an **insured person** when used for golfing purposes;
  d)  a trailer of the boat, camper, home or utility type unless it is being towed or carried by a motorized land vehicle;
  e)  farm type tractors, crawlers or farm implements;
  f)  **bodily injury** to a **residence employee**.

6   We do not cover **bodily injury** arising out of watercraft away from the **residence premises**:
  a)  owned by or rented to an **insured person** if it has inboard or inboard-outboard motor power of more than 50 horsepower;

Page 19

Ex ___1___
Page 25 Of 39

100076

**Guest Medical Protection: Continued**

b) owned by or rented to an **insured person** if it is a sailing vessel 26 feet or more in length; or

c) powered by one or more outboard motors with more than 25 total horsepower owned by an **insured person**.

This exclusion does not apply to **bodily injury to a residence employee.**

7  We do not cover **bodily injury** arising out of the rendering of or failure to render professional services.

8  We do not cover **bodily injury** arising out of the **business** pursuits of an **insured person**.

We do cover:

a) activities normally considered non-**business**;

b) the occasional and part-time **business** activities of an **insured person** who is a student under 21 years of age; and

c) farm land rented to others which is an **insured premises**.

9  We do not cover **bodily injury** to any person arising out of a **business** activity or professional service conducted on the **insured premises**.

10  We do not cover **bodily injury** arising out of any premises owned, rented or controlled by an **insured person** which is not an **insured premises**. This exclusion does not apply to **bodily injury to a residence employee**.

11  We do not cover **bodily injury** caused by war or warlike acts, including insurrection, rebellion or revolution.

Page 20

Ex __1__
Page 26 Of 39

100077

**PLUS**
**Part 3**
**Additional Protection**

We will pay, in addition to the limits of liability:

**1    Claim Expenses**

We will pay:

a)  all costs we incur in the settlement of any claim or the defense of any suit against an **insured person**.

b)  interest accruing on damages awarded, until such time as we have paid, formally offered, or deposited in court the amount for which we are liable under this policy. Interest will be paid only on damages which do not exceed **our** limits of liability.

c)  all premiums on appeal and attachment bonds required. We have no obligation to apply for or furnish bonds.

d)  loss of earnings up to $50 per day, but not other income, when **we** ask **you** to attend trials and hearings.

e)  any other reasonable expenses incurred by an **insured person** at **our** request.

**2    Emergency First Aid**

We will pay expenses incurred by an **insured person** for first aid to other persons at the time of the accident for **bodily injury** covered under this policy.

**3    Damage To Property Of Others**

At **your** request, we will pay up to $250 when an **insured person** causes **property damage** to someone else's property. At **our** option, we will pay either the actual cash value of the property damaged by an **insured person**, or repair or replace the property.

We will not pay for **property damage**:

a)  to property covered under Section I of this policy.

b)  to property intentionally damaged by an **insured person** 13 years of age or older.

c)  to property owned by or rented to an **insured person**, any tenant of an **insured person**, or any resident in **your** household.

d)  arising out of:

1)  **business pursuits;**

2)  any act or omission in connection with a premises owned, rented or controlled by an **insured person** which is not an **insured premises;** or

3)  the ownership or use of a motorized land vehicle, trailer, aircraft or watercraft.

Ex 1
Page 27 Of 39

100078

**✴ Part 4**
**Section II Conditions**

**1  What You Must Do After A Loss**
In the event of **bodily injury** or **property damage**, you must do the following things:

a)  Promptly notify **us**, or **our** agent in writing, stating:
1)  **your** name and policy number.
2)  the date, the place and the circumstances of the loss.
3)  the name and address of anyone who might have a claim against an **insured person**.
4)  the names and addresses of any witnesses.

b)  Send **us** any legal papers received relating to a claim or suit.

c)  At **our** request, an **insured person** will:
1)  cooperate with **us** and assist **us** in any matter concerning a claim or suit.
2)  help **us** enforce any right of recovery against any person or organization who may be liable to an **insured person**.
3)  attend any hearing or trial.
4)  help **us** by collecting and giving evidence and by obtaining the attendance of witnesses.

d)  Under the Damage to Property of Others coverage, give **us** a sworn statement of the loss. This must be made within 60 days after the loss. Also, be prepared to show **us** any damaged property under an **insured person's** control.

An **insured person** will not voluntarily pay any money, assume any obligation or incur any expense, except at that person's own cost, other than for first aid to others at the time of the loss as provided for in this policy.

**2  What An Injured Person Must Do — Guest Medical Protection**
If someone is injured, that person, or someone acting for that person, must do the following:

a)  Promptly give **us** written proof of the loss. If **we** request, this must be done under oath.

b)  Give **us** written authorization to obtain copies of all medical records and reports.

c)  Permit doctors **we** select to examine the injured person as often as **we** may reasonably require.

**3  Our Payment Of Loss Under The Guest Medical Protection**
**We** may pay the injured person or the provider of the medical services. Payment under this coverage is not an admission of liability by **us** or an **insured person**.

**4  Our Limits Of Liability**
This insurance applies separately to each **insured person**. Regardless of the number of **insured persons**, injured persons, claims, claimants or policies involved, **our** total liability under the **Family Liability Protection** coverage for damages resulting from one loss will not exceed the limit shown on the declarations page. All **bodily injury** and **property damage** resulting from one accident or from continuous or repeated exposure to the same general conditions is considered the result of one loss. **Our** total liability under the **Guest Medical Protection** coverage for all medical expenses payable for **bodily injury** to any one person shall not exceed the "each person" limit shown on the declarations page. **Our** total liability for all

Ex 1
Page 28 of 39

100079

---

## Section II Conditions: Continued

medical expenses payable for **bodily injury,** regardless of the number of persons injured in one loss, shall not exceed the "each accident" limit shown on the declarations page.

### 5  Bankruptcy

We are not relieved of any obligation under this section of the policy because of the bankruptcy or insolvency of any **insured person.**

### 6  Our Rights To Recover Payment

When we pay any loss, an **insured person's** right to recover from anyone else becomes **ours** up to the amount we have paid. An **insured person** must protect these rights and help **us** enforce them. This condition does not apply to the **Guest Medical Protection** coverage or the Damage to Property of Others coverage.

### 7  Suit Against Us

a)  No suit or action can be brought against **us** unless there has been full compliance with all the terms of this policy.

b)  No suit or action can be brought against **us** under the **Family Liability Protection** coverage until the obligation of an **insured person** to pay is finally determined either by judgment against the **insured person** after actual trial, or by written agreement of the **insured person,** injured person, and **us.**

c)  No one shall have any right to make **us** a party to a suit to determine the liability of an **insured person.**

### 8  Other Insurance — Family Liability Protection

If both this insurance and other insurance apply to a covered loss, we will pay our share. **Our** share will be the proportionate amount that this insurance bears to the total amount of all applicable insurance. If an **insured person** has a loss covered by this policy involving a motorized land vehicle or watercraft, **we** shall pay only after that person's other insurance has been exhausted.

---

Ex 1
Page 29 of 39

100080

## Optional Coverages
## You May Buy

The following Optional Coverages apply only when they are indicated on the declarations page and premiums are shown. The provisions of this policy apply to each Optional Coverage in this section unless modified by the terms of the specific Optional Coverage

### 1   Coverage F — Fire Department Charges

The $250 limit applying to fire department service charges covered in this policy is increased to the amount shown on the declarations page.

### 2   Coverage J — Extended Coverage On Jewelry, Watches And Furs

The **Personal Property Protection** coverage is extended to pay for all risks of physical loss to the following property, subject to the provisions in this coverage:

a)   jewelry, watches, gems, precious and semi-precious stones, gold, platinum, and

b)   furs, including any item containing fur which represents its principal value.

The amount of coverage is shown on the declarations page. This amount is not in addition to the amount of insurance applying to the **Personal Property Protection** coverage. However, in no event will coverage be less than would have applied in the absence of Coverage J.

We will not pay when any direct or indirect loss is due to:

a)   wear and tear, gradual deterioration, inherent vice, insects or vermin;

b)   nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination, or any consequence of any of these;

c)   neglect of an insured person to take all reasonable steps to save and preserve property at and after a loss or when the property is endangered by a loss we cover; or

d)   war or warlike acts, including insurrection, rebellion or revolution.

Any deductible shown on the declarations page applicable to a personal property loss, also applies to loss under this coverage.

### 3   Coverage R — Additional Dwelling Rented To Others

The **Family Liability Protection** coverage and **Guest Medical Protection** coverage are extended to cover a one, two, three or four family dwelling rented to others. The definition of **insured premises** is amended to include the designated rented dwelling.

### 4   Coverage T — Increased Coverage On Radio Or Television Antennas And Towers

The $100 limit on an outside radio or television antenna and its tower under Coverage A — **Improvements** is increased to the amount shown on the declarations page.

Page 24

Ex 1
Page 30 of 39

100081

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by its Secretary and its President at Northbrook, Illinois. If required by law, this policy shall not be binding unless countersigned on the declarations page by an authorized agent of **Allstate**.


Secretary


President,
Personal Property & Casualty


Page 25

State / Inside / Inside / Inside / Inside / Middle /

*This Endorsement Changes Your Policy — Keep It With Your Policy*

## AMENDMENT OF POLICY PROVISIONS

This endorsement amends all of the following Allstate Insurance Company and Allstate Indemnity Company policies: Standard Mobilehome, Deluxe Mobilehome, Farmer's Comprehensive Personal Liability, Comprehensive Personal Liability, Residential Fire, Basic Homeowners, Standard Homeowners, Deluxe Homeowners, Deluxe Plus Homeowners, Deluxe Select Value Homeowners, Standard Select Value Homeowners, Deluxe Country Homeowners, Renters, Landlord Package Policy, Condominium Owners, Boatowners, and Recreational Package Policy. This endorsement is in addition to all other endorsements which apply to these policies.

It is agreed that the following provision is added to the **General** provisions:

**Conditional Reinstatement**

If **we** mail a cancellation notice because **you** didn't pay the required premium when due and **you** then tender payment by check, draft, or other remittance which is not honored upon presentation, **your** policy will terminate on the date and time shown on the cancellation notice and any notice **we** issue which waives the cancellation or reinstates coverage is void. This means that **Allstate** will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

AP444

100084



Ex ___1___
Page 33 of 39

*This Endorsement Changes Your Policy — Keep It With Your Policy*
*Alaska Amendatory Endorsement*

## Deluxe Mobilehome Policy

It is agreed that **your** policy is amended as follows:

A. The "Cancellation" provision of the policy is replaced by the following:

**Cancellation**
**Your** Right To Cancel:
**You** may cancel this policy by notifying **us** of the future date **you** wish to stop coverage.

**Our** Right To Cancel:
**Allstate** may cancel this policy by mailing notice to **you** at the mailing address shown on the Policy Declarations.

**We** may cancel this policy for one or more of the following reasons:
1) non-payment of premium;
2) an **insured person** has been convicted of a crime and one of the necessary elements of that crime was an act increasing any hazard **we** cover;
3) material misrepresentation or fraud made by an **insured person** or a representative of an **insured person** when the policy was obtained, or by an **insured person** when a claim was submitted;
4) grossly negligent acts or omissions by an **insured person** which have substantially changed or increased the hazards **we** originally agreed to insure; or
5) physical changes in the covered property which make the property uninsurable.

If the cancellation is for items (2) or (3) above, **we** will give **you** at least 10 days notice. If the cancellation is for non-payment of premium, **we** will give **you** at least 20 days notice. If the cancellation is for items (4) or (5) above, **we** will give **you** at least 30 days notice.

When this policy has been in effect for less than 60 days and it is not a renewal with **us**, **we** may cancel this policy for any reason. **We** will give **you** at least 30 days notice of the cancellation before the cancellation takes effect, unless the reason for cancellation is for items (2) or (3) above, in which case **we** will give **you** at least 10 days notice, or non-payment of premium, in which case **we** will give **you** at least 20 days notice.

AU2247-1

100085



Ex 1
Page 34 of 39

**Our** mailing the notice of cancellation to **you** by first class mail and obtaining a certificate of mailing from the U.S. Postal Service, as specified under Alaska Statute AS 21.36.210 through AS 21.36.310, will be deemed to be proof of notice. Coverage under this policy will terminate on the effective date and hour stated on the cancellation notice. **Your** return premium, if any, will be calculated on a pro rata basis and refunded at the time of cancellation or as soon as possible.

**Our** Right Not to Continue or Renew:

**Allstate** has the right not to continue or renew this policy beyond the current premium period. If **we** don't intend to continue or renew this policy, **we** will mail **you** notice at least 30 days before the end of the premium period. **Our** mailing the notice of non-renewal to **you** by first class mail and obtaining a certificate of mailing from the U.S. Postal Service, as specified under Alaska Statute AS 21.36.210 through AS 21.36.310, will be deemed to be proof of notice.

B. Under "Section I — Your Property, Part 1 — Coverage A — Mobile Home Protection," the section entitled "Exclusions — Losses We Do Not Cover" is amended as follows:
1. Item 1 is replaced by:
   Water damage, meaning:
   a) flood or other water rising from outside the mobile home;
   b) water which backs up through sewers or drains; or
   c) water below the surface of the ground. This includes water which exerts pressure on, or flows, seeps or leaks through any part of a mobile home, or other structure, sidewalk, driveway or swimming pool.

   **We** will cover loss that follows water damage if the loss is directly caused by fire, explosion or theft.

2. The following exclusion is added:
   **We** do not cover loss or damage resulting directly or indirectly from collapse, except as provided in "Section I — Your Property, Part 3 — Additional Protection" under "Collapse".

C. Under "Section I — Your Property, Part 2 — Coverage B — Personal Property Protection," the following provision has been added to "Limitations On Certain Personal Property":

**Limitations On Certain Personal Property**
$2,500 — Theft of ivory. This includes but is not limited to tusks, figurines, carvings, collections, trophies, artwork and any similar item containing ivory which represents its principal value. This limit does not increase **your** amount of "Personal Property Protection" insurance coverage.

**100086**

2

Ex ___1___
Page _36_ Of _39_

D. Under "Section I — Your Property, Part 1 — Coverage A — Mobile Home Protection" and "Part 2 — Coverage B — Personal Property Protection," the following exclusions are added to the section entitled "Exclusions — Losses We Do Not Cover":

1. **We** do not cover loss or damage resulting directly or indirectly from earth movement, which includes but is not limited to:

   a) earthquake;
   b) volcanic eruption;
   c) landslide;
   d) subsidence;
   e) mudflow;
   f) sinkhole;
   g) erosion; or
   h) the sinking, rising, shifting, expanding, bulging, cracking, settling or contracting of the earth.

This exclusion applies whether or not the earth movement is combined with water. **We** will cover loss that follows earth movement if the loss is directly caused by fire, explosion or theft.

2. **We** do not cover loss or damage resulting directly or indirectly from one or more of the items listed below, if that item is one of two or more causes of loss or damage, and if the other cause(s) of the loss or damage is (are) excluded by this policy:

   a) conduct, act, failure to act, or decision of any person, group, organization or governmental body whether intentional, wrongful, negligent, or without fault;
   b) defect, weakness, inadequacy, fault or unsoundness in:
      1) planning, zoning, development, surveying, siting; or
      2) design, specifications, workmanship, construction, grading, compaction; or
      3) materials used in construction or repair; or
      4) maintenance

   of any property including but not limited to land, structures, or improvements of any kind, whether on or off the **residence premises.**

   c) weather conditions, which include but are not limited to heat, cold, rain, ice, snow, sleet, wind, hail or drought.

E. Under "Section I — Your Property, Part 2 — Coverage B — Personal Property Protection, Losses We Cover," items 11, 15 and 16 are deleted.

F. Under "Section I — Your Property, Part 2 — Coverage B — Personal Property Protection," the following is added to the section entitled "Exclusions — Losses We Do Not Cover":

3

Ex____1____
Page__37_Of_39

**We** do not cover loss or damage resulting directly or indirectly from water damage, meaning:

a)  flood or other water rising from outside the mobile home;

b)  water which backs up through sewers or drains; or

c)  water below the surface of the ground. This includes water which exerts pressure on, or flows, seeps or leaks through any part of a mobile home, or other structure, sidewalk, driveway or swimming pool.

**We** will cover loss that follows water damage if the loss is directly caused by fire, explosion or theft.

G.  Under "Section I — Your Property, Part 3 — Additional Protection," the following coverage is added:

**Collapse**
**We** will cover:

1)  entire or partial collapse of a covered mobile home or building; and

2)  physical loss to covered property directly caused by entire or partial collapse of a mobile home or building.

For coverage to apply, the collapse must be directly caused by one or more of the following items:

1)  a loss **we** cover under "Personal Property Protection" coverage;

2)  hidden decay or vermin damage;

3)  weight of persons, animals, equipment or contents;

4)  weight of rain or snow which collects on a roof; or

5)  defective methods or materials used in construction, repair, remodeling or renovation, but only if the collapse occurs in the course of the construction, repair, remodeling or renovation.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This coverage does not change the limit of liability that applies to the covered property.

H.  Under "Part 4 — Section I — Conditions," the provision "Our Payment Of Loss" is replaced by the following:

**Our Payment Of Loss**
**We** will settle any covered loss with **you** or **your** legal representative. If another payee is named in the policy, **we** will settle with both **you** and the other named payee. **We** will pay only the agreed-upon settlement amount within 30 days after **we** receive **your** proof of loss.

4

100088

This settlement amount may be determined by an agreement between **you** and **us**, an appraisal award or a court judgment.

I. The following condition is added to "Section II — Conditions":

### Limitation Of Attorney's Fees

Alaska Rules of Civil Procedure provide that some or all of the attorney fees of a person making a claim against **you** must be paid by **you**, if **you** are held liable.

In average cases, these fees are determined according to the following schedule under Rule 82 of the Alaska Rules of Civil Procedure:

#### Attorney's Fees in Average Cases

| Judgment and, if awarded, Prejudgment Interest | Contested | Without Trial | Non-Contested |
|---|---|---|---|
| First  $ 25,000 | 20% | 18% | 10% |
| Next  $ 75,000 | 10% | 8% | 3% |
| Next  $400,000 | 10% | 6% | 2% |
| Over  $500,000 | 10% | 2% | 1% |

The court may, in specific cases, deviate from this schedule.

**We** will pay prevailing party's attorney's fees for which **you** are liable under Rule 82 of the Alaska Rules of Civil Procedure, subject to the following limitation:

   **We** will not pay that portion of any prevailing party's attorney's fees awarded that are in excess of fees calculated by applying the schedule for contested cases in Rule 82 (b)(1) of the Alaska Rules of Civil Procedure to the limit of liability of the applicable coverage.

This limitation means that the potential costs which may be awarded against **you** as attorney fees may not be fully covered. **You** would be responsible for paying any attorney fees not covered.

For example, the attorney fees provided by the schedule in Civil Rule 82(b)(1) for contested cases is:

   20% of the first $25,000 of a judgment or claim settlement.
   10% of the amounts over $25,000 of a judgment or claim settlement.



Ex ____
Page 38 Of 39

100089

If, in a contested case, a court enters an award against **you** in the amount of $125,000, in addition to that amount **you** would be liable under Rule 82(b)(1) for attorney fees of $15,000 calculated as follows:

    20% of $25,000.................$  5,000
    10% of $100,000...............$10,000

Total Award $125,000
Total Attorney Fees $15,000

If **you** have policy limits of $100,000, **we** would pay $100,000 of the $125,000 award, and $12,500 of the Rule 82(b)(1) attorney fees, calculated as follows:

    20% of $25,000.................$5,000
    10% of $75,000................$7,500

Total Limit of Liability $100,000
Total Attorney Fees Covered $12,500

**You** would be liable to pay, directly and without **our** assistance, the remaining $25,000 in liability, plus the remaining $2,500 in attorney fees not covered by this policy.

Any payment made for the covered amount of awarded prevailing party's attorney's fees will be in addition to **our** limit of liability for this coverage.

100090

6