**ORIGINAL**

```
 1
 2
 3
 4
 5
       EXAMINATION UNDER OATH OF
 6
       DONNA WEAVER
 7
       October 9, 2003
 8
       APPEARANCES:
 9
       MS. SUSAN D. MACK
10     Wilkerson & Associates
       Attorneys at Law
11     310 K Street, Suite 405
       Anchorage, Alaska  99501
12     907-276-5297
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Ex 2
Page 1 Of 11

**ORIGINAL**

Page 14

| | | |
|---|---|---|
| 1 | Q | And they started calling each other, that sort of thing? |
| 2 | A | Yeah, she was calling him all the time. |
| 3 | Q | Do you know if it was her desire to move to Arizona or |
| 4 | | Ralph's desire or a joint desire? |
| 5 | A | I think it was Ralph's. |
| 6 | Q | Okay. Do you know if he'd applied for more than one |
| 7 | | job in Arizona? |
| 8 | A | No, I don't know. |
| 9 | Q | Okay. Do you know why Elizabeth left in the first |
| 10 | | place? |
| 11 | A | No, I don't. |
| 12 | Q | Okay. Going back to -- I want to get this time right. I |
| 13 | | think he left on a Thursday morning on the red eye; is |
| 14 | | that -- when he went to Tucson; is that right? |
| 15 | A | Honest, I don't know. I know it was Wednesday night I |
| 16 | | gave him the suitcase. He said he had -- he was going. |
| 17 | | So, yes, it could have been the red eye. |
| 18 | Q | Oh, okay. And then when -- when was the next time |
| 19 | | you were back at the house? |
| 20 | A | The next day. |
| 21 | Q | Okay. Do you remember what time of day you went |
| 22 | | back? |
| 23 | A | I believe it was the evening. |
| 24 | Q | And what was your reason for going over there? |
| 25 | A | To get the vacuum cleaner and to play with his |

| | | |
|---|---|---|
| 1 | | computer. |
| 2 | Q | Okay. And when you say play with his computer, play |
| 3 | | games or work with it? |
| 4 | A | Learn how to work, sorry. |
| 5 | Q | So practice..... |
| 6 | A | Yeah. |
| 7 | Q | .....on his computer? So you had a key to his house? |
| 8 | A | Yes, ma'am. |
| 9 | Q | And did you actually take the vacuum cleaner out of |
| 10 | | the house? |
| 11 | A | Yes, ma'am. |
| 12 | Q | Okay. Did you take anything else out of the house? |
| 13 | A | No, ma'am. |
| 14 | Q | Okay. Then what -- can you tell me what you can remember |
| 15 | | doing from the time you arrived until you left? |
| 16 | A | Okay. I came in and got the vacuum cleaner, took it |
| 17 | | out to my truck. And then I came in, I started |
| 18 | | playing the computer. And then I started getting a |
| 19 | | real bad migraine. And I was going to fix something |
| 20 | | to eat, some eggs, fry some eggs. And I turned on |
| 21 | | the stove, medium, and then I started getting really |
| 22 | | ill. So I don't -- I don't know what it was. So I |
| 23 | | turned -- I turned the stove off. And then I left. |
| 24 | Q | Do you know about what time you left or what time you got |
| 25 | | home? |

Ex 2
Page 3 Of 11

Page 19

| | | |
|---|---|---|
| 1 | A | Well, eggs and there was some milk and bread.  But I |
| 2 | | took one milk home with me. |
| 3 | Q | After the children left -- did the children take their |
| 4 | | toys with them and were things..... |
| 5 | A | No. |
| 6 | Q | No? |
| 7 | A | No.  They have their clothes and toys, certain toys, |
| 8 | | over at their father's.  Their mother's has a |
| 9 | | different set of toys and clothes for them. |
| 10 | Q | Okay.  Did you notice if anything had been put in |
| 11 | | storage or removed from the trailer, you know, after |
| 12 | | you stopped living there? |
| 13 | A | No, I didn't. |
| 14 | Q | So when the children went back to live with their |
| 15 | | mother there wasn't any change in the contents of |
| 16 | | Ralph's home? |
| 17 | A | No. |
| 18 | Q | Okay.  Now how certain can you be that the stove was |
| 19 | | turned off when you finished cooking the eggs -- or |
| 20 | | you didn't actually cook the eggs, did you? |
| 21 | A | No, I don't think so. |
| 22 | Q | You don't remember for sure if you actually cooked |
| 23 | | them or not? |
| 24 | A | I don't remember.  When you've got a bad migraine, hon, |
| 25 | | you're -- you just want to leave. |

Ex 2
Page 4 Of 11

| | | |
|---|---|---|
| 1 | Q | So you don't know if you cooked the eggs and you |
| 2 | | don't -- do you know for sure that you turned the |
| 3 | | stove off? |
| 4 | A | I'm pretty sure because -- God, I hope I did. |
| 5 | Q | But what makes you feel pretty sure? You're not certain |
| 6 | | about whether or not you cooked the eggs because of your |
| 7 | | migraine. |
| 8 | A | Yeah. No -- well, because it's on medium and when -- |
| 9 | | and the fire marshall said it was up. So I had to |
| 10 | | turn it off because -- well, here's the knob like |
| 11 | | this and you have to..... |
| 12 | Q | Your fingers pointing to the ceiling..... |
| 13 | A | Okay. |
| 14 | Q | .....okay. |
| 15 | A | This is the knob, okay, it's on medium. And then you just |
| 16 | | turn it up. |
| 17 | Q | Okay. When..... |
| 18 | A | Turn it up to off because he did not have any lights |
| 19 | | to let you know if it was on or off anyway. |
| 20 | Q | Okay. Let's see if I go back -- because the fire marshall |
| 21 | | said it, the knob, was up or off -- or what did the fire |
| 22 | | marshall say? |
| 23 | A | He asked me what I did and I told him I was going to |
| 24 | | cook some eggs. It was -- I turned the stove on |
| 25 | | medium. I put the pan on for about five minutes or |

| | | |
|---|---|---|
| 1 | | so and I -- I was really getting a headache really |
| 2 | | bad. So I took the pan off the stove and I turned |
| 3 | | the -- the stove up -- or off, or however you turn. |
| 4 | Q | You took the stove -- you turned the stove off, that's as |
| 5 | | you remember it. But where did he say the -- where did |
| 6 | | the fire marshall say the knob was? |
| 7 | A | Oh, he said it was on high and I'm going, oh, man, because |
| 8 | | -- because when you turn it up it would have been on off. |
| 9 | | I hope it would have been off. See I can't -- I couldn't |
| 10 | | tell you. |
| 11 | Q | So you're trying to..... |
| 12 | A | Because I wanted to go home..... |
| 13 | Q | Right. |
| 14 | A | .....because I was hurting so bad. And I just gave up and |
| 15 | | went home. |
| 16 | Q | I think we're having a problem with the recorded statement |
| 17 | | because we can't really describe it. |
| 18 | A | Oh, I'm sorry. |
| 19 | Q | So why don't we draw the knob. Why don't you draw |
| 20 | | the knob on this piece of paper. |
| 21 | A | Okay. |
| 22 | Q | And then that -- maybe..... |
| 23 | A | I'll draw the..... |
| 24 | Q | .....a picture's worth a thousand words. |
| 25 | A | Yeah. I'll draw the stove for you. |

Ex 3
Page 6 of 11

Page 24

```
1    Q    Because you turned it 180 degrees; is that what
2         you're saying?
3    A    You turn it all -- if it's up like this, you turn it down.
4    Q    Okay. So why don't you draw an arrow at the end of where
5         the.....
6    A    Okay.
7    Q    .....where the indicator's pointing. Okay, so that's
8         medium. So then high you'd turn it 360 degrees around; is
9         that correct?
10   A    Yeah.
11   Q    Or would you turn it.....
12   A    Or I always turn it back.
13   Q    Okay. So you're certain you cranked it back up to the off
14        position; is that correct?
15   A    Yeah.
16   Q    All right. Here I'll just use this as an exhibit to
17        this statement.
18                                      (Statement Exhibit 1 marked)
19   Q    How did you know -- do you -- did you talk to the fire
20        marshall?
21   A    He called me up and he said where the fire started.
22        And I -- I hope I turned the stove off. I'm pretty
23        sure I did but I can't be positive and I'm sorry.
24   Q    Okay.
25   A    Because it wasn't done on purpose or anything.
```

Computer Matrix, LLC            Phone - 907-243-0668                    jpk@gci.net
310 K Street, Suite 200         Fax     907-243-1743      Ex 8          sahile@gci.net
                                                          Page 7 Of 11

```
 1   Q    And then the fire marshall's the one that told you
 2        the stove was -- he found the stove on high?
 3   A    Yes.
 4   Q    All right.
 5   A    So instead of turning it off I must have turned it on high
 6        or left it and thought it was on off.
 7   Q    That would have been something that might have
 8        happened because your head was hurting?
 9   A    Yes.
10   Q    Was there anything -- excuse me, sorry.  On your drawing
11        you've drawn some dishes by the stove.....
12   A    Yeah.
13   Q    .....on the stove?  Was there any -- anything flammable
14        around the stove?
15   A    I don't know what -- oh.....
16   Q    I won't let you draw on it.....
17   A    No.  Well, right here is a little thing where the -- the
18        wall is.  Now I.....
19   Q    To the right of the stove?
20   A    Right.
21   Q    Is?
22   A    A little thing like that.  It's not very.....
23   Q    A narrow.....
24   A    A narrow thing.
25   Q    .....piece of countertop?
```

Ex 2
Page 8 of 11

Page 29

| | | |
|---|---|---|
| 1 | Q | Did he ask you exactly what you did on Thursday? |
| 2 | A | No -- oh, yeah, he asked me what I did for -- did I -- was |
| 3 | | I playing with the computer and I said, yes. And he asked |
| 4 | | me were you cooking and I said, yeah. I didn't want to |
| 5 | | say it but, yes. And that's about all I told him. He |
| 6 | | asked me -- he said did I see it on the news or anything |
| 7 | | and I said, no. Because like Thursday when I got home I |
| 8 | | took my medication, which it knocks you out. And then I |
| 9 | | slept most of the day Friday and I wouldn't go anywhere. |
| 10 | Q | Do you remember -- you slept most of the day on Friday, |
| 11 | | did --were you able to get up or do anything on Friday |
| 12 | | evening? |
| 13 | A | No, my head was still hurting. |
| 14 | Q | How about Saturday, were you able to do anything? |
| 15 | A | No, I was in bed all weekend. Because at the time |
| 16 | | the lupus was out and the more it comes out, the |
| 17 | | worse that I get. And I usually just stay in bed, |
| 18 | | don't go anywhere, do anything. |
| 19 | Q | You make reference when the lupus comes out, is it like |
| 20 | | some kind of an attack..... |
| 21 | A | Yeah. |
| 22 | Q | .....that you have? And do you start to swell |
| 23 | | and..... |
| 24 | A | Yeah, you start to -- you start to swell and for any |
| 25 | | reason you're always sick, you're coughing, you're -- |

Computer Matrix, LLC          Phone - 907-243-0668          jpk@gci.net
310 K Street, Suite 200       Fax   907-243-1743   Ex 2    sahile@gci.net
                                                   Page 9 of 11

EXAMINATION UNDER OATH    10/9/2003    DONNA WEAVER
Volume 1

Page 30

```
 1          you get colds all the time because your immune
 2          system's attacking you.
 3     Q    How often do you have these attacks?
 4     A    A lot.
 5     Q    Have you ever been able to go a week without an attack?
 6     A    If I'm on enough medication.
 7     Q    Has Ralph Houck talked to you about this fire
 8          investigation?
 9     A    No.
10     Q    Has he asked you if you've talked to anybody about
11          it?
12     A    No, he hasn't.
13     Q    Has he -- does he know that you're here talking to me
14          today?
15     A    Yeah, I told him I'm coming down because he called me
16          the other day and says what was I doing today and I
17          said I was going down there to talk to you.
18     Q    And did he -- was he curious about that in any way?
19     A    Yeah, he was.  He says, you know, why do they want to
20          talk to you?  I said, well, I was over at your house
21          Thursday and I was going to cook.  I think it was --
22          yeah, and because I know I turned on the burners --
23          the burner, the front burner, and because I was going
24          to fix something.  Hopefully it was going to help my
25          stomach so I wouldn't get really ill and start
```

Computer Matrix, LLC          Phone - 907-243-0668              jpk@gci.net
310 K Street, Suite 200       Fax   907-243-1743   Ex 3         sahile@gci.net
                                                   Page 10 of 11


Page 32

```
 1   A    Uh-huh.  (Affirmative)
 2   Q    And you think.....
 3   A    Because I had to put grease.....
 4   Q    .....you turned it off but you're not positive, correct?
 5   A    Yeah.  Well, he said it was on high and it -- mine was on
 6        medium.  And when you turn it off, you turn it up.
 7   Q    Okay.  And you're pretty certain you said that you
 8        turned it off?
 9   A    Yeah.
10   Q    But then you don't remember any of the other details.
11        You don't remember about the computer, turning it off
12        or how you -- or if you locked the doors.  I'm just
13        wondering if you can explain to me why you can
14        remember like the details on the eggs but you can't
15        remember the details on, you know, turning down the
16        computer and locking the door.
17   A    Because it wasn't -- I wasn't thinking about it.
18        When -- just like when I went in there, I didn't have
19        a headache.  I could think clearly.  And every time I
20        get a headache I have to fix something to eat or else
21        I get severely ill.  And that I always know but as --
22        you know, when you shut the door, you think you
23        locked it.  You know, you just shut it.  You're not
24        -- you know, you just want to go home and go to
25        sleep.
```

Computer Matrix, LLC              Phone - 907-243-0668                    jpk@gci.net
310 K Street, Suite 200           Fax    907-243-1743      Ex 2           sahile@gci.net
                                                           Page 11 Of 11