## Steese Area Volunteer Fire Department
## Incident Report

FDID: 31700

SAVFD #: 252   DATE: 8/2/03   Day of WK: Saturday   EXP No: ____

Alm Time: 01:47   10-8 Time: 01:48   Arvl Time: 02:00   In Srvce: 04:05   DOF# ____

Situation Found: **11 - STRUCTURE FIRE**

| | | | |
|---|---|---|---|
| 1A. Flue/Chimney Fire | 32. Medical Call | 47. Chemical Emerg | 61. Smoke Scare |
| 11. Structure Fire | 33. Lock-In Rescue | 49. Haz Condition | 62. Wrong Location |
| 12. Fire not in Structure | 34. Search | 51. Lock out | 63. Controlled Burn |
| 13. Vehicle Fire | 35. Extrication | 52. Water Evacuation | 65. Steam mistaken for smoke |
| 14. Brush, Grass Fire | 41. Spill, Leak, No Fire | 53. Smoke, Odor Remove | 69. Good Intent |
| 15. Refuse Fire | 43. Excessive Heat | 54. Animal Rescue | 71. Mal. False Call |
| 16. Explosion, no Fire | 44. Power Line Down | 55. Assist Police | 73. All False Alarms |
| 17. Spill, Leak, With Fire | 45. Arcing, Short-Elect | 56. Unauthorized Burn | 74. Unintentional False Alm |
| 22. Air, Gas Rupture | 46. Aircraft Standby | 57. Cover Standby | 81. All Mutual Aid |

Action Taken: **1**

1. Extinguishment  2. Rescue  3. Investigate only  4. Remove Hazard  5. Standby  6. Salvage
7. Pre-Ambulance Care or Transport  8. Fill In- Move Up (includes LC-61)  9. Other

OTHER: ____

Alarm Method: Radio Message ☐   Pager Tone Out ☑   Direct Call or Walk-In to Station ☐   Other ____
Auto Mutual Aid:   Given ☐   Received ☑   FD's Name: **University**   Tanker(s) **1**   Engine(s) ____
Requested Mutual Aid:   Given ☐   Received ☑   FD's Name: **NorthStar**   Tanker(s) **1**   Engine(s) ____
District: **1 (West)**  2 (East)  3 (CHSR)  4 (Steese)  5 (Eliot)   Shift: A B   No. of Alarms: ____
SAVFD on Scene: **11**   Enroute: ____   Total: **11**

Apparatus Responding: **(611)** 612 613 614 615 621 622 623 624 625 641 642 643 644 661 681 682 683 **(684)** 685 686 **(LC-61) (LC-62)** LC-63 ATV's Snow/Sled Other ____   OFFCRS: **(601)** 602 603 604 605 606 607 608 609 **(L1)** L2 L3 L4 L5 L6 L7 692   Misc Other: ____

WEATHER: Temperature ____ Deg. F, Road Conditions: **Dry**   Apparatus Chained ____

Location: **#69 Wildwood Mobile Home Court**
Name of Occupant: **Ralph W. Huyck & Elizabeth C. Mitchell**   DOB: **10/4/54**
Address: **SAME**
Mailing Address: **P.O. Box 10614 Fbks AK 99710**
Phone # WK: **459-4077** EXT: ____   Hm: **457-6974**

Name of Owner: **SAME**   DOB: ____
Address: ____
Mailing Address: ____
Phone # WK: ____ EXT: ____ Hm: ____

Narrative of Incident: Responded to structure fire with flames showing. On scene no cars in driveway. 15x60 mobile home with light flames and heavy smoke showing. Crews used preconnect to extinguish fire. After knock down went through house and found hot spots + extinguished. Building all clear of people. Suspect cooking stove was left on and caused fire. (BF)

Other Reports Relating To This Incident:

Ex 3  Page 1 of 11

## Complete this Section for all Structure Fires

**Fixed Property Use:** 411 - Single family Dwelling  **Ignition Factor:** ___

**Injuries:** Fire Svc: ∅  Other: ∅    **Fatalities:** Fire Svc: ∅  Other: ∅

**Complex:** Mobile Home Park Complex     **Mobile Property Type:** Mobil Home

**Area of Origin:** Kitchen (24)     **Eqpt Involved in Ignition:** Stove (21)

**56. Form of Heat:** Properly operating electrical equipment     **Material Ignited:** 63 - Paneling

**(5) Method of Exting:** 1¾ preconnects     **Level of Origin:** 9' above Grade to Ground level     **LOSS:** $40,000.00

**Total Value of Threatened Property:** 80,000.00

**No. of Stories:** 1   **Construction Type:** Unprotected Wood Frame

**Extent of Flame Damage:** Confined to Structure of origin

**Extent of Smoke Damage:** Confined to Structure of origin

**Detector Performance:** Installed ___   **Operated Correctly:** No

**Sprinkler System:** Installed ___   **Functioned Correctly:** ___

**If Smoke Spread Beyond Room of Origin.......**
**Type Material Generating Most Smoke:** 2x4's
**Avenue of Smoke Travel:** down both hallways + into the bedrooms
**Form of Material Generating Most Smoke:** 2x4's

**Equipment Involved in Ignition:**
Year: ___  Make: ___  Model: ___  S/N: ___

**Insured:** (Yes) No,  **Company or Agent:** Allstate

## Complete this Section for all MVAs, VIDs, Vehicle Fires

**Vehicle Information:**

Vehicle #1 Owner: ___
Plate: ___  ST: ___
Make: ___  Model: ___  Year: ___
VIN: ___

Vehicle #2 Owner: ___
Plate: ___  ST: ___
Make: ___  Model: ___  Year: ___
VIN: ___

## Complete this Section for all Carbon MonOxide Calls

Ambient Air PPM ___  Where taken ___  Oxygen % ___

Highest PPM Measured ___  Where ___  Oxygen % ___

Installed Make of Detector ___  Model ___

Readings taken BY: ___  Department Instrument used: ___

**EMS CALL:** If PT was Transported -by whom: , LC-61  LC-62  LC-63  Other ___  TO: ___

Turned over to State Fire Marshal: ___, Other: ___

Was Station 1 Manned? (Y) (N) If YES, by (Duty) (Live-IN) (other)
Was Station 2 Manned? (Y) (N) If YES, by (Duty) (Live-IN) (other)
Was Station 3 Manned? (Y) (N) If YES, by (Duty) (Live-IN) (other)

Ex 3
Page 2 of 11

**Duty Officer at Time of Incident:** Kim Fernandes   Name not Radio ID

**Report BY** Kim Fernandes     **DATE:** 8/2/03

# A.
| FDID | State | Incident Date MM DD YYYY | Station | Incident Number | Exposure | | NFIRS-1 |
|---|---|---|---|---|---|---|---|
| 31700 | AK | 08 02 2003 | 2 | 03-0000250 | 000 | ☐ Change<br>☐ No Activity | Basic |

Census Tract [ ___ ] - [ ___ ]

☐ Check this box to indicate that the address for this incident is provided on the Wildland Fire Module in Section B "Alternative Location Specification". Use only for wildland fires.

## B. Location*
- ☒ Street address
- ☐ Intersection
- ☐ In front of
- ☐ Rear of
- ☐ Adjacent to
- ☐ Directions

Number/Milepost: 288
Prefix: ___
Street or Highway: Rambling
Street Type: RD
Suffix: ___

Apt./Suite/Room: ___
City: Fairbanks
State: AK
Zip Code: 99712

Cross street or directions, as applicable

## C. Incident Type*
111  Building fire
Incident Type

## D. Aid Given or Received*
1. ☒ Mutual aid received
2. ☐ Automatic aid recv.
3. ☐ Mutual aid given
4. ☐ Automatic aid given
5. ☐ Other aid given
N. ☐ None

Their FDID | Their State
Their Incident Number

## E1 Date & Times
Midnight is 0000
Check boxes if dates are the same as Alarm Date.

ALARM always required
Alarm*: 08 02 2003 01:47:00

ARRIVAL required, unless cancelled or did not arrive
☐ Arrival*: 08 02 2003 02:00:00

CONTROLLED Optional, Except for wildland fires
☐ Controlled: ___

LAST UNIT CLEARED, required except for wildland fires
☐ Last Unit Cleared: 08 02 2003 04:05:00

## E2 Shift & Alarms
Local Option
Shift or Platoon: B | Alarms: 02 | District: 1

## E3 Special Studies
Local Option
Special Study ID# | Special Study Value

## F. Actions Taken*
11  Extinguish
Primary Action Taken (1)

12  Salvage overhaul
Additional Action Taken (2)

___  
Additional Action Taken (3)

## G1 Resources*
☒ Check this box and skip this section if an Apparatus or Personnel form is used.

| | Apparatus | Personnel |
|---|---|---|
| Suppression | 0005 | 0011 |
| EMS | | |
| Other | | |

☐ Check box if resource counts include aid received resources.

## G2 Estimated Dollar Losses & Values
LOSSES: Required for all fires if known. Optional for non fires.  None
Property $ ___ , 040 , 000  ☐
Contents $ ___ , 000 , 000  ☐

PRE-INCIDENT VALUE: Optional
Property $ ___ , 050 , 000  ☐
Contents $ ___ , 000 , 000  ☐

## Completed Modules
- ☒ Fire-2
- ☒ Structure-3
- ☐ Civil Fire Cas.-4
- ☐ Fire Serv. Cas.-5
- ☐ EMS-6
- ☐ HazMat-7
- ☐ Wildland Fire-8
- ☒ Apparatus-9
- ☐ Personnel-10
- ☐ Arson-11

## H1* Casualties ☒ None
| | Deaths | Injuries |
|---|---|---|
| Fire Service | | |
| Civilian | | |

### H2 Detector
Required for Confined Fires.
1. ☐ Detector alerted occupants
2. ☒ Detector did not alert them
U. ☐ Unknown

## H3 Hazardous Materials Release
N. ☐ None
1. ☐ Natural Gas: slow leak, no evacuation or HazMat actions
2. ☐ Propane gas: <21 lb. tank (as in home BBQ grill)
3. ☐ Gasoline: vehicle fuel tank or portable container
4. ☐ Kerosene: fuel burning equipment or portable storage
5. ☐ Diesel fuel/fuel oil: vehicle fuel tank or portable
6. ☐ Household solvents: home/office spill, cleanup only
7. ☐ Motor oil: from engine or portable container
8. ☐ Paint: from paint cans totalling < 55 gallons
0. ☐ Other: special HazMat actions required or spill > 55gal. Please complete the HazMat form.

## I. Mixed Use Property
- NN ☐ Not Mixed
- 10 ☐ Assembly use
- 20 ☐ Education use
- 33 ☐ Medical use
- 40 ☐ Residential use
- 51 ☐ Row of stores
- 53 ☐ Enclosed mall
- 58 ☐ Bus. & Residential
- 59 ☐ Office use
- 60 ☐ Industrial use
- 63 ☐ Military use
- 65 ☐ Farm use
- 00 ☐ Other mixed use

## J. Property Use*
### Structures
- 131 ☐ Church, place of worship
- 161 ☐ Restaurant or cafeteria
- 162 ☐ Bar/Tavern or nightclub
- 213 ☐ Elementary school or kindergarten
- 215 ☐ High school or junior high
- 241 ☐ College, adult education
- 311 ☐ Care facility for the aged
- 331 ☐ Hospital
- 341 ☐ Clinic, clinic type infirmary
- 342 ☐ Doctor/dentist office
- 361 ☐ Prison or jail, not juvenile
- 419 ☒ 1-or 2-family dwelling
- 429 ☐ Multi-family dwelling
- 439 ☐ Rooming/boarding house
- 449 ☐ Commercial hotel or motel
- 459 ☐ Residential, board and care
- 464 ☐ Dormitory/barracks
- 519 ☐ Food and beverage sales
- 539 ☐ Household goods, sales, repairs
- 579 ☐ Motor vehicle/boat sales/repair
- 571 ☐ Gas or service station
- 599 ☐ Business office
- 615 ☐ Electric generating plant
- 629 ☐ Laboratory/science lab
- 700 ☐ Manufacturing plant
- 819 ☐ Livestock/poultry storage (barn)
- 882 ☐ Non-residential parking garage
- 891 ☐ Warehouse

### Outside
- 124 ☐ Playground or park
- 655 ☐ Crops or orchard
- 669 ☐ Forest (timberland)
- 807 ☐ Outdoor storage area
- 919 ☐ Dump or sanitary landfill
- 931 ☐ Open land or field
- 936 ☐ Vacant lot
- 938 ☐ Graded/care for plot of land
- 946 ☐ Lake, river, stream
- 951 ☐ Railroad right of way
- 960 ☐ Other street
- 961 ☐ Highway/divided highway
- 962 ☐ Residential street/driveway
- 981 ☐ Construction site
- 984 ☐ Industrial plant yard

Lookup and enter a Property Use code only if you have NOT checked a Property Use box:
Property Use: 419
1 or 2 family dwelling

NFIRS-1 Revision 03/11/99

Steese Fire Dept

Ex 3
Page 3 of 11
31700  08/02/2003  03-0000250
Ex 3

**K1 Person/Entity Involved**
Local Option

Business name (if applicable): [blank]
Area Code / Phone Number: [blank]

Mr.,Ms.,Mrs.: MR
First Name: Ralph
MI: [blank]
Last Name: Huyck
Suffix: [blank]

☐ Check this box if same address as incident location. Then skip the three duplicate address lines.

Number: [blank]
Prefix: [blank]
Street or Highway: #59 Wildwood Trailer
Street Type: CT
Suffix: [blank]

Post Office Box: [blank]
Apt./Suite/Room: [blank]
City: Fairbanks

State: AK
Zip Code: 99712

☐ More people involved? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary

**K2 Owner**
Local Option

☐ Same as person involved? Then check this box and skip the rest of this section.

Business name (if Applicable): [blank]
Area Code / Phone Number: [blank]

[all owner fields blank]

**Remarks**
Local Option

Responded to a structure fire with flames showing. On scene, no cars in driveway. 15 x 60 ft mobile home with light flames and heavy smoke. Used preconnect to extinguish fire. After knockdown went through the house to extinguish hot spots. Building all clear of people. Suspect cooking stove was left on and caused the fire.

**L Authorization**

Officer in charge ID: FERN01
Signature: Fernandes, Kimberly D
Position or rank: MEMBER
Assignment: [blank]
Month: 12  Day: 07  Year: 2003

☐ Check box if same as Officer in charge.
Member making report ID: MARV01
Signature: Marvel, Molly
Position or rank: MEMBER
Assignment: [blank]
Month: 12  Day: 07  Year: 2003

Steese Fire Dept
31700   08/02/2003   03-0000250

Ex 3
Page 4 of 11

| FDID | State | Incident Date (MM DD YYYY) | Station | Incident Number | Exposure | |
|---|---|---|---|---|---|---|
| 31700 | AK | 8 2 2003 | 2 | 03-0000250 | 000 | Complete Narrative |

**Narrative:**

Responded to a structure fire with flames showing. On scene, no cars in driveway. 15 x 60 ft mobile home with light flames and heavy smoke. Used preconnect to extinguish fire. After knockdown went through the house to extinguish hot spots. Building all clear of people. Suspect cooking stove was left on and caused the fire.

**A** | 31700 | AK | MM 08 | DD 02 | YYYY 2003 | 2 | 03-0000250 | 000 | ☐ Delete ☐ Change ☐ No Activity | NFIRS-2 Fire
FDID ★ | State ★ | Incident Date ★ | Station | Incident Number ★ | Exposure ★

## B  Property Details

**B1** | 0001 | ☐ Not Residential
Estimated Number of residential living units in building of origin whether or not all units became involved

**B2** | 001 | ☐ Buildings not involved
Number of buildings involved

**B3** | ☒ None  ☐ Less than one acre
Acres burned (outside fires)

## C  On-Site Materials or Products ☐ None
Complete if there were any significant amounts of commercial, industrial, energy or agricultural products or materials on the Property, whether or not they became involved

Enter up to three codes. Check one or more boxes for each code entered.

On-site material (1) | ☐1 Bulk storage or warehousing  ☐2 Processing or manufacturing  ☐3 Packaged goods for sale  ☐4 Repair or service

On-site material (2) | ☐1 Bulk storage or warehousing  ☐2 Processing or manufacturing  ☐3 Packaged goods for sale  ☐4 Repair or service

On-site material (3) | ☐1 Bulk storage or warehousing  ☐2 Processing or manufacturing  ☐3 Packaged goods for sale  ☐4 Repair or service

## D  Ignition

**D1** | 24 | Cooking area, kitchen
Area of fire origin ★

**D2** | 10 | Heat from powered
Heat source ★

**D3** | 15 | Interior wall covering
Item first ignited ★   ☐1 Check box if fire spread was confined to object of origin

**D4** | 60 | Wood or paper,
Type of material first ignited   Required only if item first ignited code is 00 or <70

## E1  Cause of Ignition
☐ Check box if this is an exposure report. Skip to section G

1 ☐ Intentional
2 ☐ Unintentional
3 ☐ Failure of equipment or heat source
4 ☐ Act of nature
5 ☒ Cause under investigation
U ☐ Cause undetermined after investigation

## E2  Factors Contributing To Ignition  ☐ None

Factor Contributing To Ignition (1)

Factor Contributing To Ignition (2)

## E3  Human Factors Contributing To Ignition
Check all applicable boxes

1 ☐ Asleep     ☐ None
2 ☐ Possibly impaired by alcohol or drugs
3 ☐ Unattended person
4 ☐ Possibly mental disabled
5 ☐ Physically Disabled
6 ☐ Multiple persons involved

7 ☐ Age was a factor
Estimated age of person involved | ___

1 ☐ Male     2 ☐ Female

## F1  Equipment Involved In Ignition
☐ None  If Equipment was not involved, Skip to Section G

Equipment Involved
Brand
Model
Serial #
Year

## F2  Equipment Power
Equipment Power Source

## F3  Equipment Portability
1 ☐ Portable
2 ☐ Stationary

Portable equipment normally can be moved by one person, is designed to be use in multiple locations, and requires no tools to install.

## G  Fire Suppression Factors
Enter up to three codes.   ☐ None

Fire suppression factor (1)
Fire suppression factor (2)
Fire suppression factor (3)

## H1  Mobile Property Involved
☐ None

1 ☐ Not involved in ignition, but burned
2 ☐ Involved in ignition, but did not burn
3 ☐ Involved in ignition and burned

## H2  Mobile Property Type & Make
Mobile property type
Mobile property make

Mobile property model | Year
License Plate Number | State | VIN Number

## Local Use
☐ Pre-Fire Plan Available
Some of the information presented in this report may be based upon reports from other Agencies

☐ Arson report attached
☐ Police report attached
☐ Coroner report attached
☐ Other reports attached

NFIRS-2 Revision 01/19/99

Ex 3
Page 6 of 11

Steese Fire Dept | 31700  08/02/2003  03-0000250

## I1 Structure Type *
*If fire was in enclosed building or a portable/mobile structure complete the rest of this form*

- 1 ☐ Enclosed Building
- 2 ☒ Portable/mobile structure
- 3 ☐ Open structure
- 4 ☐ Air supported structure
- 5 ☐ Tent
- 6 ☐ Open platform (e.g. piers)
- 7 ☐ Underground structure (work areas)
- 8 ☐ Connective structure (e.g. fences)
- 0 ☐ Other type of structure

## I2 Building Status *

- 1 ☐ Under construction
- 2 ☒ Occupied & operating
- 3 ☐ Idle, not routinely used
- 4 ☐ Under major renovation
- 5 ☐ Vacant and secured
- 6 ☐ Vacant and unsecured
- 7 ☐ Being demolished
- 0 ☐ Other
- U ☐ Undetermined

## I3 Building Height *
*Count the ROOF as part of the highest story*

|__0__|__0__|__1__|
Total number of stories at or above grade

|__|__|__|
Total number of stories below grade

## I4 Main Floor Size *

NFIRS-3 Structure Fire

|__|,|__|,|_900_|
Total square feet

OR

|__|,|_015_| BY |__|,|_060_|
Length in feet    Width in feet

## J1 Fire Origin *

|__0__|__0__|__1__|  ☐ Below Grade
Story of fire origin

## J2 Fire Spread *

- 1 ☐ Confined to object of origin
- 2 ☐ Confined to room of origin
- 3 ☐ Confined to floor of origin
- 4 ☒ Confined to building of origin
- 5 ☐ Beyond building of origin

## J3 Number of Stories Damaged By Flame
*Count the ROOF as part of the highest story*

|__|__|__| Number of stories w/ minor damage (1 to 24% flame damage)

|__0__|__0__|__1__| Number of stories w/ significant damage (25 to 49% flame damage)

|__|__|__| Number of stories w/ heavy damage (50 to 74% flame damage)

|__|__|__| Number of stories w/ extreme damage (75 to 100% flame damage)

## K Material Contributing Most To Flame Spread

☐ Check if no flame spread OR same as material first ignited OR unable to determine    Skip To Section L

### K1
|__|__| |__|__|
Item contributing most to flame spread

### K2
|__|__| |__|__|
Type of material contributing most of flame spread    Required only if item contributing code is 00 or <70

## L1 Presence of Detectors *
*(In area of the fire)*

- N ☐ None Present ——— Skip to section M
- 1 ☒ Present
- U ☐ Undetermined

## L2 Detector Type

- 1 ☒ Smoke
- 2 ☐ Heat
- 3 ☐ Combination smoke - heat
- 4 ☐ Sprinkler, water flow detection
- ☐ More than 1 type present
- ☐ Other _____
- U ☐ Undetermined

## L3 Detector Power Supply

- 1 ☐ Battery only
- 2 ☐ Hardwire only
- 3 ☐ Plug in
- 4 ☐ Hardwire with battery
- 5 ☐ Plug in with battery
- 6 ☐ Mechanical
- 7 ☐ Multiple detectors & power supplies
- 0 ☐ Other _____
- U ☒ Undetermined

## L4 Detector Operation

- 1 ☐ Fire too small to activate
- 2 ☐ Operated (Complete Section L5)
- 3 ☒ Failed to Operate (Complete Section L6)
- U ☐ Undetermined

## L5 Detector Effectiveness
*Required if detector operated*

- 1 ☐ Alerted Occupants, occupants responded
- 2 ☐ Occupants failed to respond
- 3 ☐ There were no occupants
- 4 ☐ Failed to alert occupants
- U ☐ Undetermined

## L6 Detector Failure Reason
*Required if detector failed to operate*

- 1 ☐ Power failure, shutoff or disconnect
- 2 ☐ Improper installation or placement
- 3 ☐ Defective
- 4 ☐ Lack of maintenance, including cleaning
- 5 ☐ Battery missing or disconnected
- 6 ☐ Battery discharged or dead
- 0 ☐ Other _____
- U ☒ Undetermined

## M1 Presence of Automatic Extinguishment System *

- N ☒ None Present
- 1 ☐ Present ——— Complete rest of Section M

## M2 Type of Automatic Extinguishment System *
*Required if fire was within designed range of AES*

- 1 ☐ Wet pipe sprinkler
- 2 ☐ Dry pipe sprinkler
- 3 ☐ Other sprinkler system
- 4 ☐ Dry chemical system
- 5 ☐ Foam system
- 6 ☐ Halogen type system
- 7 ☐ Carbon dioxide ($CO_2$) system
- 0 ☐ Other special hazard system
- U ☐ Undetermined

## M3 Automatic Extinguishment System Operation
*Required if fire was within designed range*

- 1 ☐ Operated & effective (Go to M4)
- 2 ☐ Operated & not effective (M4)
- 3 ☐ Fire too small to activate
- 4 ☐ Failed to operate (Go to M5)
- 0 ☐ Other
- U ☐ Undetermined

## M4 Number of Sprinkler Heads Operating
*Required if system operated*

|__|__|__|
Number of sprinkler heads operating

## M5 Automatic Extinguishment System Failure Reason
*Required if system failed*

- 1 ☐ System shut off
- 2 ☐ Not enough agent discharged
- 3 ☐ Agent discharged but did not reach fire
- 4 ☐ Wrong type of system
- 5 ☐ Fire not in area protected
- 6 ☐ System components damaged
- 7 ☐ Lack of maintenance
- 8 ☐ Manual Intervention
- 0 ☐ Other _____
- U ☐ Undetermined

NFIRS-3 Revision 01/19/99

Steese Fire Dept

EX __3__
Page __7__ of __11__

| A | FDID | State | MM Incident Date | DD | YYYY | Station | Incident Number | Exposure | Delete/Change | NFIRS-9 Apparatus or Resources |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 31700 | AK | 8 | 2 | 2003 | 2 | 03-0000250 | 000 |  |  |

| B Apparatus or Resource | Dates and Times (Check if same as alarm date) Month Day Year Hour Min | Sent [X] | Number of People | Use (Check ONE box for each apparatus to indicate its main use at the incident.) | Actions Taken |
|---|---|---|---|---|---|
| 1  ID 611  Type 11 | Dispatch [X] 8 2 2003 01:47<br>Arrival [ ] 8 2 2003 02:00<br>Clear [ ] 8 2 2003 04:05 | [X] | 0 | [X] Suppression<br>[ ] EMS<br>[ ] Other | |
| 2  ID 684  Type 92 | Dispatch [X] 8 2 2003 01:47<br>Arrival [ ] 8 2 2003 02:00<br>Clear [ ] 8 2 2003 04:05 | [X] | 0 | [X] Suppression<br>[ ] EMS<br>[ ] Other | |
| 3  ID 685  Type 92 | Dispatch [X] 8 2 2003 01:47<br>Arrival [ ] 8 2 2003 02:00<br>Clear [ ] 8 2 2003 04:05 | [X] | 0 | [X] Suppression<br>[ ] EMS<br>[ ] Other | |
| 4  ID LC-61  Type 76 | Dispatch [X] 8 2 2003 01:47<br>Arrival [ ] 8 2 2003 02:00<br>Clear [ ] 8 2 2003 04:05 | [X] | 0 | [X] Suppression<br>[ ] EMS<br>[ ] Other | |
| 5  ID LC-62  Type 76 | Dispatch [X] 8 2 2003 01:47<br>Arrival [ ] 8 2 2003 02:00<br>Clear [ ] 8 2 2003 04:05 | [X] | 0 | [X] Suppression<br>[ ] EMS<br>[ ] Other | |
| 6  ID  Type | Dispatch [ ]<br>Arrival [ ]<br>Clear [ ] | [ ] | | [ ] Suppression<br>[ ] EMS<br>[ ] Other | |
| 7  ID  Type | Dispatch [ ]<br>Arrival [ ]<br>Clear [ ] | [ ] | | [ ] Suppression<br>[ ] EMS<br>[ ] Other | |
| 8  ID  Type | Dispatch [ ]<br>Arrival [ ]<br>Clear [ ] | [ ] | | [ ] Suppression<br>[ ] EMS<br>[ ] Other | |
| 9  ID  Type | Dispatch [ ]<br>Arrival [ ]<br>Clear [ ] | [ ] | | [ ] Suppression<br>[ ] EMS<br>[ ] Other | |

Type of Apparatus or Resources

Ground Fire Suppression
- 11 Engine
- 12 Truck or aerial
- 13 Quint
- 14 Tanker & pumper combination
- 16 Brush truck
- 17 ARF (Aircraft Rescue and Firefighting)
- 10 Ground fire suppression, other

Heavy Ground Equipment
- 21 Dozer or plow
- 22 Tractor
- 24 Tanker or tender
- 20 Heavy equipment, other

Aircraft
- 41 Aircraft: fixed wing tanker
- 42 Helitanker
- 43 Helicopter
- 40 Aircraft, other

Marine Equipment
- 51 Fire boat with pump
- 52 Boat, no pump
- 50 Marine apparatus, other

Support Equipment
- 61 Breathing apparatus support
- 62 Light and air unit
- 60 Support apparatus, other

Medical & Rescue
- 71 Rescue unit
- 72 Urban Search & rescue unit
- 73 High angle rescue unit
- 75 BLS unit
- 76 ALS unit
- 70 Medical and rescue unit, other

Other
- 91 Mobile command post
- 92 Chief officer car
- 93 Hazmat unit
- 94 Type 1 hand crew
- 95 Type 2 hand crew
- 99 Privately owned vehicle
- 00 Other apparatus/resource
- NN None
- UU Undetermined

More Apparatus? Use Additional Sheets

NFIRS-9 Revision 11/17/98

Ex 3
Page 8 of 11

| A | 31700 FDID | AK State | MM 8 | DD 2 | YYYY 2003 Incident Date | 2 Station | 03-0000250 Incident Number | 000 Exposure | ☐ Delete ☐ Change | NFIRS - 10 Personnel |

| B Apparatus or Resource (Use codes listed below) | Date and Times (Check if same as alarm date) Month Day Year Hours/mins | Sent | Number of People | Use (Check ONE box for each apparatus to indicate its main use at the incident) | Actions Taken (List up to 4 actions for each apparatus and each personnel) |
|---|---|---|---|---|---|
| 1 ID 611 Type 11 | Dispatch ☒ 8 2 2003 01:47<br>Arrival ☐ 8 2 2003 02:00<br>Clear ☐ 8 2 2003 04:05 | Sent ☒ | 0 | ☒ Suppression<br>☐ EMS<br>☐ Other | ☐ ☐ ☐ ☐ |

| Personnel ID | Name | Rank or Grade | Attend ☒ | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ID 684 Type 92 | Dispatch ☒ 8 2 2003 01:47<br>Arrival ☐ 8 2 2003 02:00<br>Clear ☐ 8 2 2003 04:05 | Sent ☒ | 0 | ☒ Suppression<br>☐ EMS<br>☐ Other | ☐ ☐ ☐ ☐ |

| Personnel ID | Name | Rank or Grade | Attend ☒ | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ID 685 Type 92 | Dispatch ☒ 8 2 2003 01:47<br>Arrival ☐ 8 2 2003 02:00<br>Clear ☐ 8 2 2003 04:05 | Sent ☒ | 0 | ☒ Suppression<br>☐ EMS<br>☐ Other | ☐ ☐ ☐ ☐ |

| Personnel ID | Name | Rank or Grade | Attend ☒ | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Ex 3
Page 9 Of 11
NFIRS-10 Revision 11/17/98

Steese Fire Dept           31700   08/02/2003   03-0000250

| A | | MM DD YYYY | | | | | | NFIRS - 10 |
|---|---|---|---|---|---|---|---|---|
| 31700 | AK | 8 / 2 / 2003 | 2 | 03-0000250 | 000 | ☐ Delete ☐ Change | | Personnel |
| FDID ★ | State ★ | Incident Date ★ | Station | Incident Number ★ | Exposure ★ | | | |

| B Apparatus or Resource  Use codes listed below | Date and Times  Check if same as alarm date  Month Day Year  Hours/mins | Sent ☒ | Number of People ★ | Use  Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken  List up to 4 actions for each apparatus and each personnel. |
|---|---|---|---|---|---|
| 1  ID LC-61  Type 76 | Dispatch ☒ 8 / 2 / 2003 01:47  Arrival ☐ 8 / 2 / 2003 02:00  Clear ☐ 8 / 2 / 2003 04:05 | Sent ☒ | 0 | ☒ Suppression ☐ EMS ☐ Other | ☐ ☐  ☐ ☐ |

| Personnel ID | Name | Rank or Grade | Attend ☒ | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |

| | ID LC-62  Type 76 | Dispatch ☒ 8 / 2 / 2003 01:47  Arrival ☐ 8 / 2 / 2003 02:00  Clear ☐ 8 / 2 / 2003 04:05 | Sent ☒ | 0 | ☒ Suppression ☐ EMS ☐ Other | ☐ ☐  ☐ ☐ |

| Personnel ID | Name | Rank or Grade | Attend ☒ | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | ID  Type | Dispatch ☐  Arrival ☐  Clear ☐ | Sent ☐ | | ☐ Suppression ☐ EMS ☐ Other | ☐ ☐  ☐ ☐ |

| Personnel ID | Name | Rank or Grade | Attend ☒ | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |

Ex 3
Page 10 of 11

Steese Fire Dept

NFIRS-10 Revision 11/17/98
31700   08/02/2003   03-0000250

| FDID | State | Incident Date MM DD YYYY | | | Station | Incident Number | Exposure | Responding Personnel |
|---|---|---|---|---|---|---|---|---|
| 31700 | AK | 8 | 2 | 2003 | 2 | 03-0000250 | 000 | |

| Staff ID\Staff Name | Unit | Activity | Position | Rank | PaySal | Hrs | HrsPd | Pts |
|---|---|---|---|---|---|---|---|---|
| DE01 Anderson, Steve | | FX Fire At Scene | | MEMBER | | 2.30 | 2.30 | 1.00 |
| BRAN02 Brantingham, Fred | | FX Fire At Scene | | MEMBER | | 2.30 | 2.30 | 1.00 |
| COUR01 Courtney, Wil | | FX Fire At Scene | | MEMBER | | 2.30 | 2.30 | 1.00 |
| CZEC01 Czech, Sarah | | FX Fire At Scene | | MEMBER | | 2.30 | 2.30 | 1.00 |
| FERN01 Fernandes, | | FX Fire At Scene | | MEMBER | | 2.30 | 2.30 | 1.00 |
| FLYN01 Flynn, Mitch | | FX Fire At Scene | | CHIEF | | 2.30 | 2.30 | 1.00 |
| FORB01 Forbes, Curtis | | FX Fire At Scene | | CAPT | | 2.30 | 2.30 | 1.00 |
| FREM01 Fremd, Douglas D | | FX Fire At Scene | | MEMBER | | 2.30 | 2.30 | 1.00 |
| MOWE01 Mowery, Joe | | FX Fire At Scene | | MEMBER | | 2.30 | 2.30 | 1.00 |
| PLUM01 Plumlee, Matthew | | FX Fire At Scene | | MEMBER | | 2.30 | 2.30 | 1.00 |
| ROOT01 Root, Marvin R | | FX Fire At Scene | | MEMBER | | 2.30 | 2.30 | 1.00 |

Total Participants: 11          Total Personnel Hours: 25.30



Ex 3
Page 11 Of 11

An 'X' next to the unit denotes driver.
Steese Fire Dept

31700    08/02/2003    03-0000250