RECEIVED
OCT 2 4 2003

```
 1
 2  IN THE MATTER OF              )
                                  )
 3  RALPH HUYCK                   )
    _____)
 4
                       VIDEOTAPED
 5          EXAMINATION UNDER OATH OF RALPH HUYCK
                   September 30, 2003
 6
    APPEARANCES:
 7
            FOR RALPH HUYCK:      MR. MARK E. MERDES
 8                                Merdes & Merdes, PC
                                  Attorneys at Law
 9                                455 Third Avenue
                                    Suite 225/226
10                                P.O. Box 71309
                                  Fairbanks, Alaska 99707
11                                (907) 452-5400

12          FOR ALLSTATE INSURANCE:   MS. SUSAN D. MACK
                                  Wilkerson & Associates
13                                Attorneys at Law
                                  310 K Street
14                                  Suite 405
                                  Anchorage, Alaska 99501
15                                (907) 276-5297

16          Also Present:         Mr. Charlie Wiseman
            (Telephonically)
17
                         * * * *
18

19

20
                        OCT 1 6 2003
21

22

23

24

25
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

Ex \_\_\_
Page \_1\_ of \_4\_

| | | |
|---|---|---|
| 1 | Q | Oh, you didn't know?  I'm sorry. |
| 2 | A | Kelly -- all I know is first names, and I don't know |
| 3 | | the whole family's first names. |
| 4 | Q | Okay.  Do you remember if you talked to your son Justin |
| 5 | | before you left for Arizona, I mean in the day or two |
| 6 | | before? |
| 7 | A | Don't remember. |
| 8 | Q | Did you talk with Justin after the fire? |
| 9 | A | Yes. |
| 10 | Q | And when, do you remember? |
| 11 | A | I got home approximately somewhere between 4 and 5 |
| 12 | | Sunday morning, and after I went in from the one side, |
| 13 | | the main entrance, walked around in amazement and kind |
| 14 | | of in shock, went out, drove around to the other end of |
| 15 | | the trailer where the garage and the other, what I |
| 16 | | called the rear entry was, and they saw I was out |
| 17 | | there, they come out, and they invited me over for a |
| 18 | | cup of coffee and kind of filled me in on what happened |
| 19 | | Friday night. |
| 20 | Q | They were up between 4 and 5 in the morning? |
| 21 | A | They -- I don't know who was up, I don't know, but they |
| 22 | | work different jobs, you know, janitorial work and |
| 23 | | stuff like that, that they do work some odd hours, and |
| 24 | | restaurant work, too, I think some of them. |
| 25 | Q | Does Justin work with his mother? |

**LIZ D'AMOUR & ASSOCIATES, INC.**
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

Ex 4
Page 2 Of 4

86

| | | |
|---|---|---|
| 1 | A | Actually, I didn't see anything when I pulled up. I |
| 2 | | thought things were normal. I stepped out -- well, |
| 3 | | excuse me, I pulled up and I saw my daughter's bicycles |
| 4 | | moved off the deck. I thought that a little weird. |
| 5 | | One was by the fence next door and one was by the wood |
| 6 | | pile, but they weren't gone. Then I stepped out and I |
| 7 | | felt -- smelled what smelled like maybe a camp fire |
| 8 | | smell. And I walked up to the front door, went to put |
| 9 | | my key in the door and it pushed open, and that's when |
| 10 | | I saw the damage. |
| 11 | Q | You didn't know until the door came open? |
| 12 | A | No. |
| 13 | Q | You said that you talked to Kelly and some family |
| 14 | | members. What did they tell you? I mean what did they |
| 15 | | know to tell you? |
| 16 | A | They mostly talked about they didn't think the fire |
| 17 | | department's reaction and time and efforts were |
| 18 | | adequate, stuff like that, and if they could help in |
| 19 | | anything they would help, stuff like that. |
| 20 | Q | Well, how did they know? I mean did they know when the |
| 21 | | fire department was called? Did they call the fire |
| 22 | | department? |
| 23 | A | No, the gentleman with the Scotties that I told you |
| 24 | | I -- and again, I don't know his name, I met -- when |
| 25 | | the investigator from the lower 48 was up, he called, |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

Ex 4
Page 3 of 4

88

|   |   |   |
|---|---|---|
| 1 |   | got that impression that they were kind of watching the |
| 2 |   | action and they were..... |
| 3 | A | Basically, yeah. And I guess -- I don't know if Justin |
| 4 |   | had went to talk to some of the firemen, but they told |
| 5 |   | me a lot. I was a little bit in shock that morning |
| 6 |   | after I got there. |
| 7 | Q | Well, when you opened the door and you saw that there |
| 8 |   | had obviously been a fire, did you -- what did you do? |
| 9 |   | Did you walk in there? |
| 10 | A | I walked in there in amazement. I was just kind of |
| 11 |   | like, I couldn't believe it. |
| 12 | Q | Did you walk throughout and did you kind of survey the |
| 13 |   | whole place? |
| 14 | A | A little bit. I mean I didn't go in and start |
| 15 |   | inventorying it right then and there, no. |
| 16 | Q | Did you do anything? Did you take anything out? Did |
| 17 |   | you move anything? |
| 18 | A | Not at that time, unless I just bumped something |
| 19 |   | walking, but not deliberate. |
| 20 | Q | Not intentionally? Okay. How many times do you think |
| 21 |   | you've been back after that initial time? How many |
| 22 |   | times did you go back? |
| 23 | A | Didn't keep count, didn't keep track; again, didn't |
| 24 |   | know I was going to be asked, but numerous. |
| 25 | Q | And for what purposes? |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678


Ex 4
Page 4 of 4