## WILKERSON & ASSOCIATES pc
310 K Street, Suite 405
Anchorage, Alaska 99501

MARK E. WILKERSON
SUSAN D. MACK
REBECCA J. HOZUBIN
AUDREY HANSON FAULKNER, *Of Counsel*
DANA S. BURKE, *Of Counsel*

**RECEIVED**
**OCT 1 3 2003**

Telephone (907) 276-5297
Facsimile (907) 276-5291

October 9, 2003

Mark E. Merdes, Esq.
Merdes & Merdes
455 3rd Avenue, Suite 225/226
Fairbanks, AK 99707

    Re: *Ralph Huyck*
        Claim No.: 3322946835
        Policy No.: 907108861
        Date of Loss: 8/01/03
        Our File No.: 1500.137

Dear Mr. Merdes:

    Mr. Huyck filed a complaint with the Division of Insurance about the delay in settlement and invasion of his privacy. The Division of Insurance requests that we send Mr. Huyck an explanation. We understand that you are representing Mr. Huyck. Therefore, we are sending the explanation to both you and Mr. Huyck. We ask that you provide Mr. Huyck a copy of this letter. We have enclosed an extra copy for him.

    The fire at Mr. Huyck's mobile home was reported in the early morning of August 2, 2003. Allstate retained a cause and origin investigator shortly thereafter and that investigator concluded that the fire was not accidental.

    This claim was assigned to Charley Wiseman on August 21, 2003. Mr. Wiseman sought to retain legal counsel. We recommended an Examination Under Oath (EUO) of Mr. Huyck and Mr. Wiseman contacted Mr. Huyck on August 21 to explain the EUO process and the reason for it. He informed Mr. Huyck that this firm had been retained and invited him to contact us with any questions. Mr. Wiseman stressed to Mr. Huyck that his cooperation was vital to expediting resolution of the claim.

    This office sent a formal request for an EUO, and for all documents supporting the claim, on August 27, 2003. On September 19, 2003, Mr. Huyck contacted this office to schedule the EUO.

Ex 5

Mark Merdes, Esq.
October 9, 2003
Page 2

The EUO was conducted on September 30th in Fairbanks. The EUO transcript is being prepared. Mr. Huyck did not produce receipts or any other documentation to support his claim for $41,099.00 in personal property loss. He testified that he purchased many items within the past year. He testified that he had six credit cards but he did not bring in credit card statements. He did provide statements showing the current balances and monthly payments on each card. He agreed to sign a financial records release but redacted the account numbers on the credit card balances. Therefore, we have requested that he provide us with the account numbers.

Mr. Huyck testified that he talked to a number of people on his cellular telephone and home telephone in the days prior to and following the loss. He did not keep his cellular telephone records. He reported that he would have to provide contact information for important witnesses at a later date. Mr. Huyck signed a release for cellular telephone records but claimed he did not know his account number. We have repeated our requests for Mr. Huyck's cooperation with the investigation.

Mr. Huyck advised Allstate that he was intending to move to Arizona before the fire. He filed a Motion to Remove Children from the state in June 2003. We have requested that he provide us with a copy of that paperwork because the motion should have been supported by a sworn affidavit concerning Mr. Huyck's plans to move to Arizona.

Mr. Huyck testified that he intended to drive his truck to Arizona and sell much of his personal property in what he called a "kick down the door" sale. However, he had not notified his mobile park manager of his intent to move as required by the mobile park rules nor had he made any attempts to market the mobile home before the loss.

Allstate is sensitive to Mr. Huyck's discomforts with disclosure of personal information and to his claimed hardships as a result of the fire. Allstate has made every effort to explain the investigative process to him. Additionally, Allstate paid the additional living expenses for the first two months following his loss.

Ex 5
Page 2 of 3

Mark Merdes, Esq.
October 9, 2003
Page 3


    Allstate is still investigating this fire loss. Last week we requested the credit card account numbers, home telephone records, cellular telephone records, a copy the Melody & Ralph Huyck divorce/custody file, and a copy of Mr. Huyck's latest bankruptcy file. We have not received any response to our requests.

    Please fax the account numbers and send the other documents to us as soon as possible.

                                  Sincerely,

                                  WILKERSON & ASSOCIATES

                                  Susan D. Mack
                                  Susan D. Mack

SDM/
Enclosure
Cc: Division of Insurance
1500/137/corresp/Merdes.002

Ex 5