*Law Offices of*

# Merdes & Merdes, P.C.

Edward Merdes, 1926-1991
Mark Merdes, Esquire
Ward Merdes, Esquire
Joan Merdes, Paralegal/LVN
Lori Merdes, Paralegal

Sherrie Merdes, Paralegal
Audrey Dean, Paralegal
Rebecca Van Hove, Paralegal
Linda Joyce, Paralegal
Peggy Freeland, Receptionist

October 30, 2003

FAXed & Mailed: (907) 276-5291

Susan Mack, Esq.
Wilkerson & Associates, P.C.
310 K Street, Suite 405
Anchorage, AK 99501

Re: Our Client & Insured: Ralph Huyck
    Claim No.: 3322946835
    Policy No.: 907108861
    Fire Loss: 08/01/03
    Respond To Your 10-21-03 Letter

Dear Ms. Mack:

    This responds to your 10-21-03 letter. I have been ill. Thus the delay in responding. Your issues are addressed in the order you raised them.

    **1. Ralph's Examination Under Oath (EUO):** As you know, Ralph has the right to review his EUO before signing it. Thus, your letter mischaracterizes the facts. Ralph did appear at Liz D'Amour's office to review and sign his EUO. He did *not* decline to sign it in violation of his policy. The typed transcript of his EUO includes one hundred and one pages (101). Ralph was on his lunch break. As you noted, he has the right to review it *before* signing it. That meant to Ralph reading all 101 pages. He didn't have time to read then. He has since read it. He made corrections. He timely signed it and returned it to Liz D'Amour's office—all in compliance with his policy.

    **2. Ralph's Personal Property Receipts:** Please review the transcript of Ralph's EUO. He has been upfront with you from day one. He has consistently said that he is not the type of person that keeps receipts. Thus, he does not have the receipts for personal property that you keep insisting that he provide. He has provided you with a list, to the best of his memory, of his personal property. On that list he also estimated the cost and value of that personal property. Please advise what else he can do. He wants to comply.

    **3. Ralph's Credit Card Numbers** Those have been timely provided to you.

    **4. Howard Johnson Inn in Tucson Receipts:** Ralph would gladly provide you with these receipts if he had them. He does not.

    **5. Fire Investigator's Report:** Please advise why you won't provide a copy of the fire investigator's report at this time. Please cite your authority. If Allstate's investigator has determined there was arson, Ralph would like the opportunity to review the report and/or respond with his own investigator. Please provide this report so that Ralph can fairly defend himself. As you know, as the fire scene ages the evidence deteriorates. Any further passage of time will handicap subsequent investigators and Ralph's ability to defend himself.

MERDES & MERDES, P.C.

Mark Merdes
c. Ralph Huyck

Ex 6
Page 1 Of 2

| | Transmission Report | |
|---|---|---|
| Date/Time    10-30-2003    07:01:54 p.m. | | Transmit Header Text |
| Local ID 1    907 4528879 | | Local Name 1    MERDES |
| Local ID 2 | | Local Name 2 |

This document : Confirmed
(reduced sample and details below)
Document size : 8.64x11.04



*Law Offices of*
*Merdes & Merdes, P.C.*

October 30, 2003                FAXed & Mailed: (907) 276-5291

Susan Mack, Esq.
Wilkerson & Associates, P.C.
310 K Street, Suite 405
Anchorage, AK 99501

Re:   Our Client & Insured: Ralph Huyck
      Claim No.: 3322946835
      Policy No.: 907108961
      Fire Loss: 08/01/03
      Respond To Your 10-21-03 Letter

Dear Ms. Mack:

This responds to your 10-21-03 letter. I have been ill. Thus the delay in responding. Your issues are addressed in the order you raised them.

1. Ralph's Examination Under Oath (EUO): As you know, Ralph has the right to review his EUO before signing it. Thus, your letter mischaracterizes the facts. Ralph did appear at Liz D'Amour's office to review and sign his EUO. He did *not* decline to sign it in violation of his policy. The typed transcript of his EUO includes one hundred and one pages (101). Ralph was on his lunch break. As you noted, he has the right to review it *before* signing it. That meant to Ralph reading all 101 pages. He didn't have time to read them. He has since read it. He made corrections. He timely signed it and returned it to Liz D'Amour's office—all in compliance with his policy.

2. Ralph's Personal Property Receipts: Please review the transcript of Ralph's EUO. He has been upfront with you from day one. He has consistently said that he is not the type of person that keeps receipts. Thus, he does not have the receipts for personal property that you keep insisting that he provide. He has provided you with a list, to the best of his memory, of his personal property. On that list he also estimated the cost and value of that personal property. Please advise what else he can do. He wants to comply.

3. Ralph's Credit Card Numbers: These have been timely provided to you.

4. Howard Johnson Inn in Tacoma Receipts: Ralph would gladly provide you with these receipts if he had them. He does not.

5. Fire Investigator's Report: Please advise why you won't provide a copy of the fire investigator's report at this time. Please cite your authority. If Allstate's investigator has determined there was arson, Ralph would like the opportunity to review the report and/or respond with his own investigator. Please provide this report so that Ralph can fairly defend himself. As you know, as the fire scene ages the evidence deteriorates. Any further passage of time will handicap subsequent investigators and Ralph's ability to defend himself.

MERDES & MERDES, P.C.

Mark Merdes
c. Ralph Huyck

---

Total Pages Scanned : 1            Total Pages Confirmed : 1

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 449 | 907 276 5291 | 07:01:01 p.m. 10-30-2003 | 00:00:51 | 1/1 | 1 | EC | HS | CP14400 |

Abbreviations:
HS: Host send            PL: Polled local          MP: Mailbox print       TU: Terminated by user
HR: Host receive         PR: Polled remote         CP: Completed           TS: Terminated by system    G3: Group 3
WS: Waiting send         MS: Mailbox save          FA: Fail                RP: Report                  EC: Error Correct

Ex 10