## AFFIDAVIT OF DONNA WEAVER

[Huck v. Allstate: Date of Fire Loss: 08/02/03]

STATE OF ALASKA        )
                       ) ss.
4th JUDICIAL DISTRICT  )

I, Donna Weaver, being over the age of 19 years and competent to testify herein, swear and truthfully state as follows:

1. I received a phone call on November 5, 2003 at about 3:20 pm from Charly Wiseman, who identified himself as an Allstate adjuster for Ralph Huyck's mobile home fire. The reason I am certain as to his name, time and date is that I kept handwritten notes of my conversation with him. A copy of those notes are attached. (Ex. 1);

2. Mr. Wiseman said he wanted me to change my statement that I made under oath. He said that if I didn't I would be going to jail. I told him "no" because I was not lying. He then told me that I had deliberately set the fire in Ralph's trailer. I told him I did not. I said that John Shouman, another Allstate adjuster, told me that the fire started at the stove. Mr. Wiseman then said, "no, it did not." When I asked him where it started, he would not say. He just kept telling me to change my story. I kept saying "No." The more I said "no" the madder he got. He raised his voice at me and said: "You are lying. We have information that you deliberately started that fire." I said, "No, I didn't." He then said very loudly and rudely: "You are going to jail if you don't change your story." I said "No";

3. Then he asked why did Ralph called me on the phone just before the fire. I said I did not know because Ralph's calls didn't get through. If he did call, I think it must have been because he wanted to tell me how excited he was about him and Elizabeth getting back together. When I told him that he just said: "Oh";

4. The last thing he said to me was: "Change your story or your going to jail. If you change your mind my number is: 1-800-770-7750x6183." Then he just hung up on me;

5. During my exam under oath, Ms. Susan Mack, the Allstate attorney that asked me the questions, made a big deal out of how I could remember things so clearly before I cooked the eggs and so poorly afterwards. What I tried to tell her, and don't think she understood, is that I can remember pretty good while a migraine is just starting but once it gets going I don't remember very well at all because my head hurts so bad. I was cooking

Ex 7
Page 1 of 3

Donna Weaver Affidavit
Huck v. Allstate
Page 2 of 2

the eggs as the migraine was starting, trying to get something in my stomach because sometimes that makes my head feel better. I started cooking the eggs, got the oil in the pan but not the eggs, as I couldn't even finish cooking them because I got sick to my stomach from the headache. I got so ill I just turned off the stove and went home to take my pills and go to bed;

      6. This affidavit was typed up by Mark Merdes based on what I told him. He insisted that I carefully read and review each and every line for accuracy, which I did. He made all the edits I requested.

      FURTHER YOUR AFFIANT SAYETH NAUGHT.

      DATED this 8th day of December, 2003.

*/s/ Donna Weaver*
Donna Weaver

      SUBSCRIBED AND SWORN TO before a notary public in and for Alaska this 8th day of December, 2003.

*/s/ Peggy Frank*
Notary Public in and for Alaska
My Commission Expires: 7/4/2007

[Notary Seal: PEGGY FRANK, NOTARY PUBLIC, STATE OF ALASKA]

Ex 7

11-5-03
got a call from all State at 3:20 take to Chady Wiseman he wanted me to change my statement and if I didn't I would be going to jail I told him no because I was not lieing he told me that I deliberly set the fire and I told him I did not it was an accedment I told him John Shouseman said it started at the stove and he said no and I said were did it start and he would not say and he keep telling me to change my store and I said no, and he said if I change my mien here was his number 1 800-770-7750 6183 he all so ask me why did Rual all me so mine time and he could not get me and I said he was try to tell me about his intervew and how it when and tell me about to his churfe and that they were going to get back together

Ex 2
Page 3 of 3

Ex 1
Page 1 of 1