**RECEIVED**

NOV 1 4 2003

**WILKERSON & ASSOCIATES** pc

310 K Street, Suite 405
Anchorage, Alaska 99501

MARK E. WILKERSON
SUSAN D. MACK
REBECCA J. HOZUBIN
AUDREY HANSON FAULKNER, *Of Counsel*
DANA S. BURKE, *Of Counsel*

Telephone (907) 276-5297
Facsimile (907) 276-5291

November 11, 2003

*Via fax and Mail*

Mark E. Merdes, Esq.
Merdes & Merdes
455 3rd Avenue, Suite 225/226
Fairbanks, AK 99707

> Re:  *Ralph Huyck*
>       Claim No.: 3322946835
>       Policy No.: 907108861
>       Date of Loss:  8/01/03
>       Our File No.:  1500.137

Dear Mr. Merdes:

Allstate is still investigating Mr. Huyck's fire loss claim.  The reasons are set out below.

Allstate has not received account statements from the various banks in which Mr. Huyck had a credit card account. Allstate has not received any records from the Howard Johnson Inn in Tucson.

Allstate sent a process server to the Fairbanks courthouse to obtain the child custody affidavit from the Melody/Ralph Huyck divorce file.  We are told twice that Mr. Huyck did not file the financial declaration form as ordered by the court.  We would appreciate a copy of the financial declaration (DR-250).

We sent the tax information release to the IRS on November 3. We have not received any information from the IRS as of this date.

Ex 8
Page 1 of 2

Mark Merdes, Esq.
November 11, 2003
Page 2


        We expect that this investigation can be concluded within
twenty days after receipt of the documents we have requested.

                        Sincerely,

                        WILKERSON & ASSOCIATES

                        Susan D. Mack

SDM/trt
Cc: Julie Ratliff, File No.03-343 JR
1500/137/corresp/Merdes.010

Ex 8
Page 2 of 2