

## Allstate.
You're in good hands.

Charley Wiseman
Staff Claim Service Adjuster
Anchorage Market Claim Office

November 13, 2003

**RECEIVED**

NOV 1 7 2003

Mark E. Merdes, Esq.
Merdes & Merdes
455 3rd Avenue, Suite 225/226
Fairbanks, AK 99707

Claim Number: 3322946835
Date of Loss: 8/01/03
Our Insured: Ralph Huyck

Dear Mr. Merdes;

Allstate Insurance Company has completed its investigation of the circumstances surrounding the above-referenced loss. Allstate regrettably must deny Mr. Huyck's claim in its entirety.

Although Mr. Huyck's Allstate Deluxe Mobile Home Policy provides coverage for accidental fire loss, it specifically excludes insurance fraud:

**Concealment or Fraud**

We do not cover an **insured person** who has concealed or misrepresented any material fact or circumstances relating to this insurance, before or after the loss. (See Page 4).

**Exclusions - Losses We Do Not Cover**

We do not cover loss or damage to the property covered in the **Mobile Home Protection** coverage resulting directly or indirectly from:

**14** Any loss occurring while the hazard is increased by any means within the control or knowledge of an **insured person**. (See pgs 5 and 7).

Our investigation concludes that the fire loss was not accidental but intentional. Mr. Huyck repeatedly concealed the true facts and circumstances surrounding the fire. Allstate has reason to believe that Mr. Huyck solicited Donna Weaver to set the fire during Mr. Huyck's absence from the state. Furthermore, Mr. Huyck misrepresented the value of the mobile home and the value of the personal contents. Therefore, Allstate must deny the claim.

Ex 9
Page 1 Of 2

Mark E. Merdes, Esq.
November 13, 2003
Page 2

This letter is written for your information and in compliance with the regulation that insurance companies state their reasons for denying a claim. All rights and defenses which may now exist or which may arise in the future are reserved. No waiver or estoppel of any kind is intended, nor may be inferred.

Sincerely,

Charley Wiseman, SCSA
Voice: 907-269-6183
Toll Free: 800-770-7750, ext. 6183
Fax: 907-269-6123
e-mail: cdpwr@allstate.com

Ex 9
Page 2 of 2