*Law Offices of*

# Merdes & Merdes, P.C.

Edward Merdes, 1926-1991
Mark Merdes, Esquire
Ward Merdes, Esquire
Joan Merdes, Paralegal/LVN
Lori Merdes, Paralegal

Sherrie Merdes, Paralegal
Audrey Dean, Paralegal
Rebecca Van Hove, Paralegal
Linda Joyce, Paralegal
Peggy Freeland, Receptionist

November 19, 2003 (2nd letter)                    FAXed & Mailed: (907) 276-5291

Ms. Susan Mack, Esq.
Wilkerson & Associates, P.C.
310 K Street, Suite 405
Anchorage, AK 99501

Re:   Our Client & Allstate Insured: Ralph Huyck
      Claim No.: 3322946835: Fire Loss: 08/01/03

Dear Ms. Mack:

Allstate's claim handling procedures should provide for a polygraph of their insured when there is a credibility issue. Ralph is willing to take even though he agrees that they are not infallible, but commonly used by governmental agencies to clear up suspicions.

Ralph did not conspire to burn his mobile home down and he has no other way to cure your skepticism or suspicions. We anticipate that Allstate's response to my letter of early today will provide some additional ways for Ralph to do so.

Nationally recognized polygraph expert, Dr. David Raskin of Homer, Alaska, can administer the polygraph test. Ralph will immediately submit to it. And, Ralph advises, so will Donna Weaver, if Allstate pays for it as neither can afford it.

This seems to us to be the best way to resolve the primary claim issue that prevents Allstate from accepting this claim.

Please contact Dr. Raskin to arrange the first possible dates for the polygraph examinations.

MERDES & MERDES, P.C.

Mark Merdes
c.   Ralph Huyck

Ex 11
Page 1 of 2

455 3rd Ave. Suite 225 • PO Box 71309 • Fairbanks, AK 99707 • (907) 452-5400 • Fax (907) 452-XXXX

## Transmission Report

| | | |
|---|---|---|
| Date/Time | 11-19-2003  04:04:13 p.m. | Transmit Header Text |
| Local ID 1 | 907 4528879 | Local Name 1  MERDES |
| Local ID 2 | | Local Name 2 |

This document : Confirmed
(reduced sample and details below)
Document size : 8.5"x11"

*Law Offices of*
# Merdes & Merdes, P.C.

Edward Merdes, 1926-1991
Mark Merdes, Esquire
Ward Merdes, Esquire
Joan Merdes, Paralegal/LVN
Lori Merdes, Paralegal

Sherrie Merdes, Paralegal
Audrey Dean, Paralegal
Rebecca Van Flow, Paralegal
Linda Joyce, Paralegal
Peggy Presland, Receptionist

November 19, 2003 (2nd letter)                    FAXed & Mailed: (907) 276-5291

Ms. Susan Mack, Esq.
Wilkerson & Associates, P.C.
310 K Street, Suite 405
Anchorage, AK 99501

Re:   Our Client & Allstate Insured: Ralph Huyck
      Claim No.: 3322946835: Fire Loss: 08/01/03

Dear Ms. Mack:

Allstate's claim handling procedures should provide for a polygraph of their insured when there is a credibility issue. Ralph is willing to take even though he agrees that they are not infallible, but commonly used by governmental agencies to clear up suspicions.

Ralph did not conspire to burn his mobile home down and he has no other way to cure your skepticism or suspicions. We anticipate that Allstate's response to my letter of early today will provide some additional ways for Ralph to do so.

Nationally recognized polygraph expert, Dr. David Raskin of Homer, Alaska, can administer the polygraph test. Ralph will immediately submit to it. And, Ralph advises, so will Donna Weaver, if Allstate pays for it as neither can afford it.

This seems to us to be the best way to resolve the primary claim issue that prevents Allstate from accepting this claim.

Please contact Dr. Raskin to arrange the first possible dates for the polygraph examinations.

MERDES & MERDES, P.C.

Mark Merdes
c.   Ralph Huyck

455 3rd Ave., Suite 225 • P.O. Box 71309 • Fairbanks, AK 99707 • (907) 452-5400 • Fax (907) 452-8879
Toll Free (866) 452-3741 • www.merdes.com

Total Pages Scanned : 1        Total Pages Confirmed : 1

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 750 | 907 276 5291 | 04:03:40 p.m. 11-19-2003 | 00:00:31 | 1/1 | 1 | EC | HS | CP14400 |

Abbreviations:
HS: Host send            PL: Polled local         MP: Mailbox print        TU: Terminated by user
HR: Host receive         PR: Polled remote        CP: Completed            TS: Terminated by system    G3: Group 3
WS: Waiting send         MS: Mailbox save         FA: Fail                 RP: Report                  EC: Error Correct

Ex 11