## WILKERSON & ASSOCIATES, pc
310 K Street, Suite 405
Anchorage, Alaska 99501

MARK E. WILKERSON
SUSAN D. MACK
REBECCA J. HOZUBIN
AUDREY HANSON FAULKNER, Of Counsel
DANA S. BURKE, Of Counsel

Telephone (907) 276-5297
Facsimile (907) 276-5291

RECEIVED
DEC 0 8 2003

December 2, 2003

Mark E. Merdes, Esq.
Merdes & Merdes
455 3rd Avenue, Suite 225/226
Fairbanks, AK 99707

  Re: *Ralph Huyck*
    Claim No.: 3322946835
    Policy No.: 907108861
    Date of Loss: 8/01/03
    <u>Our File No.: 1500.137</u>

Dear Mr. Merdes:

  Thank you for your letters of November 19th.

  Allstate Insurance Company has reported this claim to the State of Alaska Division of Insurance pursuant to AS 21.36.365. Rick Jones, Chief Investigator with the Division of Insurance has instructed us *not* to respond to your requests for more information. Rather, we are instructed to respond as follows: The State of Alaska, Division of Insurance is investigating this matter. Any questions should be directed to Rick Jones at 269-7917.

          Sincerely

          *Susan D. Mack*
          Susan D. Mack

Ex 12
Page 1 of 1