## AFFIDAVIT OF MITCH FLYNN
## FIRE CHIEF
## STEESE VOLUNTER FIRE DEPARTMENT
[Huyck v. Allstate: Date of Fire Loss: 08/01/03]

STATE OF ALASKA      )
                     ) ss.
4th JUDICIAL DISTRICT )

I, Mitch Flynn, being over the age of 19 years and competent to testify herein, swear and truthfully state as follows:

1. I am the Fire Chief for the Steese Area Volunteer Fire Department. It is a paid position which I took in June of 2003;

2. My fire fighting experience and background are: I have approximately 25 years with the University of Alaska Fire Department. I retired from the UAF Fire Department as a Battalion Chief in July 2002. I received an AA Degree in Fire Science, in 1979 from Tanana Valley Community College. I have been to numerous seminars and National Fire academy classes which included a two week course, *Chemistry in the Fire Service*. I have a Fire Fighter 1 IFSAC accreditation and have an EMT 3 Advanced Certification since 1986. I have fought fires for over 25 years.

3. On August 2, 2003, I took over from Kim Fernandes as the Incident Commander in charge of the fire scene of a mobile home located at #59 Wildwood Mobile Home Court. I completed the fire suppression command operation there.

4. I returned to #59 Wildwood Mobile Home Court later that day to inspect the scene. I found the right front burner on the electric stove appeared to be turned to the 'high' setting;

5. My observations and experience caused me to conclude that the origin and cause of the fire was the kitchen stove, which appeared to have been left on. I talked to the trailer court owner. She confirmed that her husband turned off the power to the trailer just prior to our arrival. So power was on at the time of the fire.

6. There appeared to be no sign of an accelerant or residual fuel smell. However, there were two holes in the floor between the entry and kitchen that the boots of fire fighter's went through.

Ex 13
Page 1 of 3

Affidavit of Mitch Flynn
Huyck v. Allstate
Page 2 of 3

---

7. We were able to save much of the structure of the mobile home. I walked through the home after the fire was out and saw personal valuables. There were guns in the back room, a computer, two television sets and radio. Wall hangings were still on the wall.

8. This structure fire utilized routine fire suppression efforts.

9. I learned that the mobile home was owned by Ralph Huyck and interviewed him at his place of work on August 4, 2003, the Monday immediately following the fire. I asked Ralph when he was last in the trailer. He stated he was there Wednesday night before flying out of state and cooked eggs on 'high' using the right front burner. This concluded my investigation which was limited to "cause determination". Further investigation would be conducted by the insurance company and possibly the State Fire Marshall's office.

10. An Allstate Insurance Company Fire Inspector contacted me regarding the fire. We were not able to meet face to face. I spoke with him on the phone for about 15 to 20 minutes as he was getting ready to leave his hotel to catch his flight. We spent about 15 minutes talking about the fire. I told him that I had found the knob to the top right burner on the electric kitchen stove appeared to be turned to the 'high' setting after the fire on Saturday, but on Monday found it in the 'off' position. It appeared the fire had gone from the stove to the paneling on the wall next to it and up to the wall cabinets. I found no pan on the burner in question, only fiberglass insulation and other loose material which I could not identify.

11. In this fire, the house had a lived-in look. I saw fire damaged valuables still in the house and personal photos still on the wall.

12. Kim Fernandes and I were both on the fire scene. We discussed this case with each other several times and were jointly interviewed by Mark Merdes for these affidavits. We reviewed each other's affidavits to insure that they were accurate;

Ex 13
Page 2 Of 3

Affidavit of Mitch Flynn
Huyck v. Allstate
Page 3 of 3

13. This affidavit was typed up by Mark Merdes based on what we told him and edited by myself. He insisted that I carefully read and review each and every line for accuracy.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 9th day of December, 2003.

_____
Mitch Flynn

SUBSCRIBED AND SWORN TO before a notary public in and for Alaska this ___ day of December, 2003.

_____
Notary Public in and for Alaska
My Commission Expires: 6-1-2007

Ex 13
Page 3 of 3