### AFFIDAVIT OF KIM FERNANDES
### DUTY OFFICER
### STEESE VOLUNTEER FIRE DEPARTMENT
[Huyck v. Allstate: Date of Fire Loss: 08/02/03]

STATE OF ALASKA            )
                           ) ss.
4th JUDICIAL DISTRICT      )

I, Kim Fernandes, being over the age of 19 years and competent to testify herein, swear and truthfully state as follows:

1. I work for the Steese Volunteer Fire Department;

2. My firefighting background and training is: (a) Fire fighter for approximately 13 years; (b) Certification by International Fire Service Accreditation Congress (IFSAC) as a Fire Fighter II in 1992; (c) Associates in Fire Science, Municipal Fire Control, in 1991 and AA in Hazardous Materials in 1995; (d) Fire Service Instructor I since 2001; and (e) Emergency Medical Technician III since 1991;

3. I was the initial Duty Officer in charge of the fire scene of a mobile home located at #59 Wildwood Mobile Home Court on August 2, 2003 at 01:48 am. I later learned that this mobile home was owned by Ralph Huyck;

4. When I arrived at #59 Wildwood Mobile Home Court, I saw heavy smoke coming out from under the eaves of the mobile home;

5. There was fire coming out of the kitchen area;

6. We traced the area of origin and possible cause of the fire to an electric kitchen stove, which appeared to have had one of the burners left on according to Mitch Flynn;

7. There were no obvious signs of an accelerant or residual fuel smell.

8. We did a good job on this fire as we were able to save a lot of the mobile homes structure. As I walked through the home after the fire was out, I saw a lot of valuables. For instance, there were guns in the back room, a computer, two television sets and radio. There were pictures still on the wall. The house had a lived-in look.

9. My training and experience cause me to believe that this was an average structure fire to extinguish with no obvious trace of accelerant.

Ex 14
Page 1 of 2

Kim Fernandes Affidavit
Huck v. Allstate
Page 2 of 2

---

10. I discussed this case in detail with my Fire Chief, Mitch Flynn. We reviewed each other's affidavits to insure that they were accurate;

11. This affidavit was typed up by Mark Merdes and edited by myself based on what we told him. He insisted that I carefully read and review each and every line for accuracy.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 9th day of December, 2003.

*/s/ Kim Fernandes*
Kim Fernandes

SUBSCRIBED AND SWORN TO before a notary public in and for Alaska this 9th day of December, 2003.

*/s/ Carol A. Shafford*
Notary Public in and for Alaska
My Commission Expires: 8/25/05

Ex 14
Page 2 of 2