## AFFIDAVIT OF ELIZABETH HUYCK

I, Elizabeth Huyck, being over the age of 19 years and competent to testify herein, swear and truthfully state as follows:

1. I was married to Ralph Huyck. We were divorced June 5, 2003 because I left Ralph, leaving the State of Alaska in April, 2003 because I couldn't handle living in Fairbanks anymore;

2. I have been under a doctor's care for depression and mood swings for the last 2.5 years. I am emotionally and mentally unstable and I am easily lead and influenced in stressful situations;

3. Around the end of October early November, 2003, I gave a sworn statement to Allstate insurance company. At the time I gave the statement I was on anti-depressant medication. I felt under enormous stress to say what Allstate wanted to hear just to make them leave me alone because they just kept pushing and wouldn't let up. They said they would get a subpoena if I didn't give them a statement and I could go to jail. It was made even worse by the fact that my employer and landlord at that time, Ken Scott, was interested in me romantically. He is an ex-police officer. I didn't realize it then, but he was trying to stop Ralph and me from getting back together. He was talking to Allstate and then scaring me about Allstate. In fact, he put more pressure on me than Allstate. As a result, I felt enormous pressure on me to tell Allstate what they wanted to hear, just so I would be left alone;

4. What Allstate wanted me to tell them was that Ralph conspired with Donna Weaver, his babysitter and house-sitter to burn down his mobile home;

5. Under all this pressure, on medication and in a moment of weakness, I gave in and told Allstate what they wanted to hear. I said in my statement, and I don't remember the exact words, that Ralph told me he was going to burn down his trailer with Donna Weaver;

6. I regret making that statement. I realize now that I wasn't mentally and emotionally stable at the time I made and signed that statement;

7. The truth is that I have no memory of Ralph telling me he was going to burn the mobile home down or that he planned it with Donna Weaver. I tried to explain this to Allstate by telling them this was all hearsay. They just kept pushing until I gave in;

8. I am deeply sorry for the pain and trouble I have caused Ralph because of my weakness;

9. I provided this information to Mark Merdes, Ralph's attorney to type this affidavit. Mr. Merdes told me that he represents only Ralph and that if I have concerns about what I said in this affidavit I should contact another attorney. I chose not to. All I want to do is set the record straight.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this _9th_ day of January, 2004.

_Elizabeth Huyck_
Elizabeth Huyck

STATE OF TEXAS          )
                        ) ss.
COUNTY OF _Harris_      )

SUBSCRIBED AND SWORN TO before a notary public in and for the State of Texas this _9th_ day of January, 2004.

_N Jeanne Cogdill_
Notary Public in and for Texas
My Commission Expires: _10-14-2007_

N JEANNE COGDILL
My Commission Expires
October 14, 2007

Ex 15