Ward Merdes, Esq.
P.O. Box 71309
Fairbanks, Alaska 99707
Phone: (907) 452-5400
Fax: (907) 452-8879

N THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH WAYNE HUYCK,           )<br>                              )<br>            Plaintiff,        )<br>                              )<br>   vs.                        )<br>                              )<br>ALLSTATE INSURANCE COMPANY,   )<br>                              )<br>            Defendant.        )<br>_____) | Case No. F05-0022 CV (RRB) |

**MOTION TO REMAND CASE TO STATE DISTRICT COURT**

Plaintiff moves for an Order remanding this case to the District Court of the State of Alaska, Fourth Judicial District because due to the Court's 1/6/06 Order allowing Plaintiff's Amended Complaint, Plaintiff prayed for damages in the amount of $74,999.00, thereby removing the basis for federal jurisdiction. Pursuant to 28 U.S.C. §1447(c) which states in part:

> If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case *shall* be remanded.

(Emphasis added.)

A supporting Memo and conforming Order are filed/lodged herewith.

DATED this 30th day of January, 2006.

MERDES & MERDES, P.C.
Attorneys for Ralph Huyck

  s/ Ward Merdes
P.O. Box 71309
Fairbanks, AK 99712
Phone: (907) 452-5400
Fax: (907) 452-8879
E-mail: ward@merdes.com
ABN 8906027
