Ward Merdes, Esq.
P.O. Box 71309
Fairbanks, Alaska 99707
Phone: (907) 452-5400
Fax: (907) 452-8879
Attorney for Ralph Wayne Huyck

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH WAYNE HUYCK, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALLSTATE INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> ) | Case No. F05-0022 CV (RRB) |

**ORDER REMANDING TO STATE COURT**

THE COURT, upon motion by Plaintiff, Ralph Huyck, opposition (if any) by the Defendant, being fully advised in the premises and good cause appearing, it is

ORDERED that plaintiff's MOTION TO REMAND CASE TO STATE COURT is GRANTED in all respects. This case is hereby remanded to the District Court of the State of Alaska, Fourth Judicial District. The Clerk shall work with defense counsel to ensure that all appropriate paperwork and filing take place again in the State District Court.

DATED this _____ day of _____, 2006.


_____
Hon. Ralph Beistline
Federal District Court Judge