Ward Merdes, Esq.
P.O. Box 71309
Fairbanks, Alaska 99707
Phone: (907) 452-5400
Fax: (907) 452-8879
Attorney for Ralph Wayne Huyck

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH WAYNE HUYCK,           )<br>                              )<br>      Plaintiff,             )<br>                              )<br>   vs.                        )<br>                              )<br>ALLSTATE INSURANCE COMPANY,   )<br>                              )<br>      Defendant.              )<br>_____) | Case No. F05-0022 CV (RRB) |

**MEMO RE: MOTION TO REMAND CASE TO STATE DISTRICT COURT**

      This is an insurance coverage dispute.  On August 1, 2005 Ralph Huyck filed suit in State District Court, seeking declaration of coverage for Ralph's losses from an August 2, 2004 home fire, and payment of the same.  On September 13, 2005, Allstate removed to Federal District Court.  Plaintiff's October 12, 2005 Motion to Remand was denied November 21, 2005.  And, on January 6, 2006, this Court granted Plaintiff's December 20, 2005 Motion for Leave to Amend Complaint, specifically praying for $74,999.00, thereby removing the federal subject matter jurisdiction.

      The district court may remand a removed case in which the lack of subject matter jurisdiction is discovered at any time prior to the entry of judgment. 28 U.S.C. § 1447. Defendant's removal petition is based upon diversity and the amount in controversy exceeds jurisdictional limits.  Ralph Huyck's amended complaint prayed for $74,999.00,

so that, "the matter in controversy does not exceed the sum or value of $75,000, exclusive of interest and costs."

Therefore, the amount in controversy does not meet the requirements of 28 U.S.C. §1332(a)(1). It is duty of circuit court of United States to remand cause which has been removed from state court, when it shall appear, at any time after suit has been removed, that such suit does not involve dispute or controversy properly within jurisdiction of court. *Gage v Carraher* (1880, US) 154 US Appx 656, 25 L Ed 989, 14 S Ct 1190; *Ayres v Wiswall* (1884) 112 US 187, 28 L Ed 693, 5 S Ct 90.

The plaintiff respectfully requests a full remand.

A conforming Order is attached.

Thank you.

DATED this ___ day of January, 2006.

        MERDES & MERDES, P.C.
        Attorneys for Ralph Huyck

        _s/ Ward Merdes_
        P.O. Box 71309
        Fairbanks, AK 99712
        Phone: (907) 452-5400
        Fax: (907) 452-8879
        E-mail: ward@merdes.com
        ABN 8906027

\M013006