Ward Merdes, Esq.
P.O. Box 71309
Fairbanks, Alaska 99707
Phone: (907) 452-5400
Fax: (907) 452-8879
Attorney for Ralph Wayne Huyck

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH WAYNE HUYCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALLSTATE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. F05-0022 CV (RRB) |

### CERTIFICATE OF SERVICE

I, Audrey Dean, being over the age of 19 years and competent to testify, certify that a true and correct copy of: MOTION TO REMAND CASE TO STATE DISTRICT COURT, MEMORANDUM RE: MOTION TO REMAND CASE TO STATE DISTRICT COURT and proposed ORDER were mailed to:

Rebecca J. Hozubin
% Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, AK 99501

DATED this 30th day of January, 2006.

                                    MERDES & MERDES, P.C.
                                    Attorneys for Ralph Huyck

                                    ___s/ Audrey Dean (consent)_____
                                    Audrey Dean – Paralegal