Rebecca J. Hozubin, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar # 9806016

Attorneys for Defendant Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH WAYNE HUYCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALLSTATE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. F05-0022 CV (RRB) |

**OPPOSITION TO SECOND MOTION TO REMAND**

Defendant Allstate Insurance Company ("Allstate"), through its attorneys Wilkerson, Hozubin & Burke, opposes plaintiff's second Motion to Remand. Plaintiff's second Motion to Remand is based entirely on his latest amendment to his complaint limiting his claim to less than $75,000. Such an amendment, however, is nothing more than an ineffective attempt to defeat federal diversity jurisdiction.

Federal jurisdiction is analyzed on the pleadings filed at the time of removal without reference to any subsequent

amendments.[1]  This Court already ruled, based on the initial complaint filed and those claims, federal jurisdiction was proper pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1332. Those are the claims on which the court should determine jurisdiction, not the amended claims.[2]  Post-removal amendments are not to be considered by the federal court in its jurisdictional determination.[3]  Plaintiff's attempt to amend his way out of federal jurisdiction is ineffective.[4]

Defendant respectfully requests that the court deny plaintiff's second Motion to Remand as the requirements for diversity jurisdiction were met prior to his amendment.

DATED this 31st day of January 2006.

        Wilkerson, Hozubin & Burke

        By: s/Rebecca J. Hozubin
          310 K Street, Suite 405
          Phone: 907 276-5297
          Fax: 907 276-5291
          E-mail: Rebecca@wilkersonlaw.net
          Attorneys for Defendant Allstate
          AK Bar No. 9806016

---

[1] Sparta Surgical Corp. v. National Association of Securities Dealers, Inc., 159 F.3d 1209, 1213 (9th Cir. 1998).
[2] Id.
[3] Id.
[4] Id.  See also, Wisconsin Depart, of Corrections v. Schacht, 524 U.S. 381, 390, 118 S.Ct. 2047, 2053 (1998)(in reviewing whether removal is appropriate the court is to look at the complaint at the time it was filed with state court prior to removal).

**CERTIFICATE OF SERVICE**
I hereby certify that on the 31st day of January, 2006, a copy of the foregoing Defendant's Second Opposition to Motion to Remand was served electronically on the following:


Ward Merdes, Esq.
Merdes & Merdes
PO Box 71309
Fairbanks, AK  99707-1309

WILKERSON, HOZUBIN & BURKE

By: s/Rebecca J. Hozubin
1500/137/Pldg/Second Opp to Mtn to Remand