Ward Merdes, Esq.
P.O. Box 71309
Fairbanks, AK 99707
Phone: (907) 452-5400
Fax: (907) 452-8879
E-mail: ward@merdes.com
ABN: 8906027

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RALPH WAYNE HUYCK,              )
                                )
              Plaintiff,        )
     vs.                        )
                                )
ALLSTATE INSURANCE COMPANY,     )
                                )
_____Defendant._____)    Case No. F05-0022 CV (RRB)

AFFIDAVIT OF RALPH HUYCK

STATE OF ALASKA          )
                         ) ss.
4th JUDICIAL DISTRICT    )

I, Ralph Huyck, being over the age of 19 years and competent to testify herein, swear and truthfully state as follows:

1.    In August 2002, I renewed my Deluxe Mobile Home Policy #907108861 through Allstate Insurance Company;

2.    On August 1, 2003 a fire destroyed my home and belongings;

3.    I filed a fire loss claim with Allstate, which was denied based upon allegations of insurance fraud;

4.    On August 1, 2005, I filed suit in State District Court against Allstate Insurance Company, seeking a declaration of coverage;

5.    No specific amount of damages was sought because I didn't know my total losses;

6.    I have never anticipated an award or judgment in excess of $74,999.00

7.    I stipulated, in my 10/12/05 Motion to Remand, that I limited my claims against Allstate for less than $75,000.00;

8.    An amended complaint was filed, specifically praying for $74,999.00;

9.    I hereby UNEQUIVOCALLY limit my claim against Allstate for less than $75,000.00, exclusive of interest, costs, and fees.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 7th day of February, 2006.

_____
Ralph Huyck

SUBSCRIBED AND SWORN TO before a notary public in and for Alaska this 1st day of February, 2006.

_____
Notary Public in and for Alaska
My Commission Expires:  11/18/06

HUYCK v. ALLSTATE
CASE NO. F05-0022 CV (RRB)
PAGE 2 OF 2