IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH WAYNE HUYCK,<br><br>       Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>       Defendant. | Case No. 4:05-cv-0022-RRB<br><br>**ORDER DENYING MOTION TO REMAND** |

      Before the Court is Plaintiff Ralph Wayne Huyck with a Motion to Remand Case to State District Court (Docket 15) because his Amended Complaint only requests $74,999 in damages. Defendant opposes and argues that federal jurisdiction is determined at the time of removal and is not affected by subsequent amendments (Docket 18). After thoroughly reviewing all the material before it, the Court hereby **DENIES** Plaintiff's motion.

      Plaintiff filed a suit in state court seeking declaration of coverage for losses and payment of same due to fire damage to his mobile home, but his Complaint did not specify the amount sought. Defendant removed the case to this Court. This Court held

that there is a preponderance of evidence that the amount in controversy is above $75,000. (Docket 9). Thus, the pleadings at the time of filing were sufficient to find diversity jurisdiction, and the post-removal amendment to the complaint does not alter jurisdiction. <u>Sparta Surgical Corp. v. Nat'l Assoc. of Securities Dealers, Inc.</u>, 159 F.3d 1209, 1213 (9th Cir. 1998)("[J]urisdiction must be analyzed on the basis of the pleadings filed at the time of removal without reference to subsequent amendments.")

Therefore, the Court retains diversity jurisdiction and Plaintiff's Motion to Remand is **DENIED**.

ENTERED this 25th day of April, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE