Ward Merdes, Esq.
MERDES & MERDES
455 3rd Avenue, Suite 225/226
Fairbanks, AK  99707
Phone: (907)452-5400
Fax: (907)452-8879

Attorneys for Plaintiff Huyck

Rebecca J. Hozubin
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK  99501
Phone:  (907)276-5297
Fax:  (907)276-5291

Attorneys for Allstate Insurance Company


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH WAYNE HUYCK,             )<br>                                )<br>        Plaintiff,             )<br>                                )<br>    vs.                         )<br>                                )<br>ALLSTATE INSURANCE COMPANY,     )<br>                                )<br>        Defendant.              )<br>_____ ) | Case No. F05-0022 CV (RRB) |

**REPORT OF PARTIES' PLANNING MEETING**

1.   Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on  May 15, 2006   and was attended by:

         Ward Merdes              for   Plaintiff
         Rebecca J. Hozubin       for   Defendant

2.   **Pre-Discovery Disclosures.**   The information required by F.R.Civ.P. 26(a)(1):

   \_\_\_\_\_   have been exchanged by the parties

   <u>X   </u>   will be exchanged by the parties by <u>May 31, 2006</u>

   Proposed changes to disclosures requirements: (insert proposed changes, if any)

   Preliminary witness lists

   \_\_\_\_\_   have been exchanged by the parties

   <u>X   </u>   will be exchanged by the parties by <u>May 31, 2006</u>

3.   **Contested Issues of Fact and Law.**   Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter;

   Coverage and damages.

4.   **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

   A.   Discovery will be needed on the following subjects:

   Coverage and damages.

   B.   All discovery commenced in time to be completed by June 15, 2007.

   C.   Limitations on Discovery.

      1.   Interrogatories

         <u>X   </u>      No change from F.R.Civ.P. 33(a)

         \_\_\_\_\_      Maximum of \_\_\_\_ by each party to any other party

         Responses due in \_\_\_ days.

      2.   Requests for Admissions.

         <u>X   </u>      No change from F.R.Civ.P. 36(a)

2

    _____  Maximum of ____ requests

    Responses due in ___ days.

  3. Depositions.

    __X__  No change from F.R.Civ.P. 36(a),(d).

    _____  Maximum of ____ depositions by each party

    Depositions not to exceed _____ hours unless agreed to by all parties.

D. Reports from Retained Experts

  __X__  Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

  _____  Reports due:

From plaintiff:    From defendant:

E. Supplementation of disclosures an discovery responses are to be made:

  __X__  Periodically at 60-day intervals from the entry of scheduling and planning order.

  _____  As new information is acquired, but not later than 60 days before the close of discovery.

F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

  __X__  45 days prior to the close of discovery

  _____  Not later than

5.  **Pretrial Motions**

    <u>X    </u>  No change from D.Ak.LR 16.1(c).

    The following changes to D.Ak.LR 16.1(c)

    <u>     </u>     Motion to amend pleadings or add parties to be filed no later than

    <u>     </u>     Motions under the discovery rules must be filed not later than

    <u>     </u>     Motions in limine and dispositive motions must be filed not later than

6.  **Other Provisions**

    A.  <u>X    </u>     The parties do not request a conference with the court before the entry of the scheduling order.

        <u>     </u>     The parties request a scheduling conference with the court on the following issues:

    B.  Alternative Dispute Resolution

        <u>X    </u>     This matter is not considered a candidate for court-annexed alternative dispute resolution.

        <u>     </u>     The parties will file a request for alternative dispute resolution not later than

            <u>     </u> Mediation     <u>     </u> Early Neutral Eval

    C.  The parties <u>   </u> do <u>  X  </u> not consent to trial before a magistrate judge.

    D.  Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

        <u>X    </u>  All parties have complied <u>   </u> Compliance is not required by any party

4

7. **Trial**

    A.    The matter will be ready for trial:

          __X__ 45 days after the discovery close date.

          _____ no later than

    B.    This matter is expected to take __5__ days to try.

    C.    Jury Demanded __X__ Yes _____ No

          Right to jury trial disputed? _____ Yes __X__ No

DATED this 15th day of May, 2006.

                      Merdes & Merdes

                      By: s/Ward Merdes
                          455 3rd Avenue, Suite 225/226
                          Fairbanks, AK  99707
                          Phone: (907)452-5400
                          Fax: (907)452-8879
                          E-mail: ward@merdes.com
                          Attorneys for Plaintiff Huyck
                          AK Bar No. 8906027

DATED this 15th day of May, 2006.

                      Wilkerson Hozubin

                      By: s/Rebecca J. Hozubin
                          310 K Street, Suite 405
                          Phone: 907 276-5297
                          Fax: 907 276-5291
                          E-mail: Rebecca@wilkersonlaw.net
                          Attorneys for Defendant GEICO
                          AK Bar No. 9806016