Rebecca J. Hozubin
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK  99501
Rebecca@Wilkersonlaw.net
Phone:  276-5297
Fax:  276-5291

Attorneys for Allstate Insurance Company


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH WAYNE HUYCK,        ) | |
|                     ) | |
|       Plaintiff,       ) | |
|                     ) | |
|     vs.                ) | |
|                     ) | |
| ALLSTATE INSURANCE COMPANY,    ) | |
|                     ) | |
|       Defendant.      ) | |
|                     ) | Case No. F05-0022 CV (RRB) |

**REQUEST FOR SETTLEMENT CONFERENCE**

COME NOW the parties, by and through counsel, and request a

settlement conference with Judge Beistline.  The parties have

conferred and agree that a settlement conference in front of the

assigned trial judge is appropriate.

DATED this 5th day of July 2006 at Anchorage, Alaska.

WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
    310 K Street, Suite 405
    Phone: 907 276-5297
    Fax: 907 276-5291
    E-mail: Rebecca@wilkersonlaw.net
    Attorneys for Defendant Allstate
    AK Bar No. 9806016

***CERTIFICATE OF SERVICE***
I hereby certify that on the
5th day of July, 2006, a copy
of foregoing was served
electronically and by mail
on the following:

Ward Merdes, Esq.
Merdes & Merdes
PO Box 71309
Fairbanks, AK  99707-1309

WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
1500/137/Pldg/Request for SC