Rebecca J. Hozubin
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK  99501
Rebecca@Wilkersonlaw.net
Phone:  276-5297
Fax:  276-5291

Attorneys for Allstate Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH WAYNE HUYCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALLSTATE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. F05-0022 CV (RRB) |

**PROPOSED**
**ORDER GRANTING REQUEST FOR SETTLEMENT CONFERENCE**

UPON CONSIDERATION of the parties' Request for Settlement Conference, the court grants the same.  A settlement conference shall be held before Judge Beistline on the ____ day of _____, 2006, at _____ .m. in Courtroom _____ of the Federal Building, US Courthouse in Fairbanks, Alaska.  The parties shall file confidential settlement briefs on or before _____, 2006.

DATED:_____      _____
                               UNITED STATES DISTRICT COURT JUDGE

***CERTIFICATE OF SERVICE***
I hereby certify that on the
5th day of July, 2006, a copy
of foregoing was served
electronically and by mail
on the following:

Ward Merdes, Esq.
Merdes & Merdes
PO Box 71309
Fairbanks, AK  99707-1309

WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
1500/137/Pldg/Request for SC - Order