Rebecca J. Hozubin
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK  99501
Rebecca@Wilkersonlaw.net
Phone:  276-5297
Fax:  276-5291

Attorneys for Allstate Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH WAYNE HUYCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. F05-0022 CV (RRB) |

~~PROPOSED~~
ORDER GRANTING REQUEST FOR SETTLEMENT CONFERENCE

UPON CONSIDERATION of the parties' Request for Settlement Conference, the court grants the same. A settlement conference shall be held before Judge Beistline on the 14 day of August, 2006, at 9:00 a.m. in Courtroom 1 of the Federal Building, US Courthouse in Fairbanks, Alaska. The parties shall file confidential settlement briefs (with the Fairbanks Court) on or before August 11, 2006.

DATED: 8/7/06

REDACTED SIGNATURE
UNITED STATES DISTRICT COURT JUDGE