Ward Merdes, Esq.
MERDES & MERDES
455 3rd Avenue, Suite 225/226
Fairbanks, AK  99707
Phone: (907)452-5400
Fax: (907)452-8879

Attorneys for Plaintiff Huyck

Rebecca J. Hozubin, Esq.
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK  99501
Phone:  (907)276-5297
Fax:  (907)276-5291

Attorneys for Allstate Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH WAYNE HUYCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALLSTATE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. F05-0022 CV (RRB) |

**STIPULATION TO DISMISS WITH PREJUDICE**

COME NOW the parties, through counsel, and hereby stipulate and agree that all claims, which are or could have been brought by plaintiff against defendant, ALLSTATE INSURANCE COMPANY, are hereby dismissed with prejudice, with each party to bear their own costs and attorney fees.

DATED this 26^(TH) day of September, 2006.

      Merdes & Merdes

     By: s/Ward Merdes
       455 3^(rd) Avenue, Suite 225/226
       Fairbanks, AK  99707
       Phone: (907)452-5400
       Fax: (907)452-8879
       E-mail: ward@merdes.com
       Attorneys for Plaintiff Huyck
       AK Bar No. 8906027

DATED this 26^(TH) day of September, 2006.

      Wilkerson Hozubin

     By: s/Rebecca J. Hozubin
       310 K Street, Suite 405
       Phone: 907 276-5297
       Fax: 907 276-5291
       E-mail: Rebecca@wilkersonlaw.net
       Attorneys for Defendant Allstate
       AK Bar No. 9806016