Ward Merdes, Esq.
MERDES & MERDES
455 3rd Avenue, Suite 225/226
Fairbanks, AK  99707
Phone: (907)452-5400
Fax: (907)452-8879

Attorneys for Plaintiff Huyck

Rebecca J. Hozubin, Esq.
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK  99501
Phone:  (907)276-5297
Fax:    (907)276-5291

Attorneys for Allstate Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RALPH WAYNE HUYCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALLSTATE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. F05-0022 CV (RRB) |

~~[PROPOSED]~~
**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

This matter having come before this Court on the parties' Stipulation for Dismissal With Prejudice, IT IS ORDERED that plaintiff's claims against defendant ALLSTATE INSURANCE COMPANY are hereby DISMISSED WITH PREJUDICE, with each side to bear its own costs and attorney's fees.

ENTERED this 29 day of September 2006.

*[signature]*
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE